ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ILHAM A. HOSSEINI (CABN 256274)
ALEXIS JAMES (NYBN 5603865)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7196
    Fax: (415) 436-7234
    Ilham.Hosseini@usdoj.gov
    Alexis.James@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEN GESSEN,<br><br>    Defendant. | Case No. 3:22-CR-00276 JSC<br><br>**GOVERNMENT'S TRIAL WITNESS LIST**<br><br>Judge:         Hon. Jacqueline Scott Corley<br>Pretrial Conf.:  April 26, 2023<br>Time:         1:30 p.m.<br>Trial Date:    May 1, 2023 |

The United States hereby submits its list of prospective witnesses who may be called to testify at trial in the above-captioned case, other than solely for impeachment or rebuttal.

1. Undercover Agent #1, Federal Bureau of Investigation[1]

2. Undercover Agent #2, Federal Bureau of Investigation

3. Special Agent Christopher Bognanno, Federal Bureau of Investigation, San Francisco

4. Special Agent David Peacock, Federal Bureau of Investigation, San Francisco

5. Special Agent Allison Mischel, Federal Bureau of Investigation, San Francisco

---

[1] The identifiers of Undercover Agent #1 and #2 have been provided to the defense via email, subject to the protective order entered in this case (Dkt. 11).

6. Special Agent Benjamin Fierberg, Federal Bureau of Investigation, San Francisco
7. Special Agent Keith Nelson, Federal Bureau of Investigation, Boston
8. Sargent/Task Force Officer Daniel Herman, Federal Bureau of Investigation, Boston
9. State Trooper Christopher Ryan, Massachusetts State Police
10. Detective Andy Loewen, Falmouth Police Department
11. Officer Kurt Ruta, Falmouth Police Department
12. Victim P.C., Civilian[2]
13. Detective Sergeant Jeffrey Young, Concord Police Department
14. Police Officer John O'Connor, Concord Police Department
15. Sargent Tia Manchuso, Concord Police Department
16. Police Officer Tim McGonagle, Concord Police Department
17. Deputy United States Marshal Michael Barron, United States Marshal Service
18. Makayla Pickering, United States Customs and Border Protection
19. Kristy Harrigan, United States Customs and Border Protection

The government reserves the right to amend this list before trial and to call additional witnesses as may be necessary during trial.

DATED: April 13, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/_____
ALEXIS JAMES
ILHAM A. HOSSEINI
Assistant United States Attorneys

---

[2] The victim's initials are used in this filing, but the defense is aware of the identity of this witness.