UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>   v.<br>ALLEN GESSEN,<br>            Defendant. | Case No. 22-cr-00276-JSC-1<br><br>**ORDER EXCUSING CERTAIN POTENTIAL JURORS**<br><br>Re: Dkt. No. 55 |

As stipulated by the parties, (Dkt. No. 55), the Court excuses potential jurors numbers 3, 8, 11, 12, 21, 25, 26, 28, 36, and 40.

**IT IS SO ORDERED.**

Dated: April 28, 2023

_____
JACQUELINE SCOTT CORLEY
United States District Judge