ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ILHAM A. HOSSEINI (CABN 256274)
ALEXIS JAMES (NYBN 5603865)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7196
    Fax: (415) 436-7234
    Ilham.Hosseini@usdoj.gov
    Alexis.James@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) Case No. 3:22-CR-00276 JSC |
|---|---|
| Plaintiff, | ) **GOVERNMENT'S *SECOND* AMENDED TRIAL WITNESS LIST** |
| v. | ) |
| ALLEN GESSEN, | ) Judge: Hon. Jacqueline Scott Corley |
|  | ) Pretrial Conf.: April 26, 2023 |
| Defendant. | ) Time: 1:30 p.m. |
|  | ) Trial Date: May 1, 2023 |

The United States hereby submits its list of prospective witnesses who may be called to testify at trial in the above-captioned case, other than solely for impeachment or rebuttal. This second amended witness list *removes one witness* from the list (Deputy US Marshal Michael Barron), who was listed as witness #8 on the government's previous witness list.

1. Undercover Agent #1, Federal Bureau of Investigation[1]
2. Undercover Agent #2, Federal Bureau of Investigation

---

[1] The identifiers of Undercover Agent #1 and #2 have been provided to the defense via email, subject to the protective order entered in this case (Dkt. 11). The aliases have also been provided to the defense and the Court.

3. Special Agent Christopher Bognanno, Federal Bureau of Investigation, San Francisco

4. Special Agent David Peacock, Federal Bureau of Investigation, San Francisco

5. Special Agent Benjamin Fierberg, Federal Bureau of Investigation, San Francisco

6. Victim P.C., Civilian[2]

7. Detective Sergeant Jeffrey Young, Concord Police Department, Massachusetts

The government reserves the right to amend this list before trial and to call additional witnesses as may be necessary during trial.

DATED: April 28, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

/s/_____
ALEXIS JAMES
ILHAM A. HOSSEINI
Assistant United States Attorneys

---

[2] The victim's initials are used in this filing, but the defense is aware of the identity of this witness.

US AMENDED TRIAL WITNESS LIST
22-CR-00276 JSC