1 | ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ILHAM A. HOSSEINI (CABN 256274)
ALEXIS JAMES (NYBN 5603865)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7196
    FAX: (415) 436-7234
    ilham.hosseini@usdoj.gov
    alexis.james@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-CR-276-JSC |
| Plaintiff, | **UNITED STATES' *AMENDED* EXHIBIT LIST** |
| v. | |
| ALLEN GESSEN, | Judge: Hon. Jacqueline Scott Corley<br>Pretrial Conf.: April 26, 2023<br>Time: 1:30 p.m. |
| Defendant. | Trial Date: May 1, 2023 |

      The United States of America hereby submits a list of prospective exhibits it may seek to introduce into evidence at trial. This amended exhibit list splits former Exhibit 14 (which was a compilation) into different exhibits (Exhibit 14, 27-29) and it also adds Exhibits 26 and 30.

      The United States reserves its rights, in keeping with the Federal Rules of Criminal Procedure, to expand or modify this list before trial and to offer additional exhibits as may be necessary during trial.

///

///

///

| Exhibit | Description | Bates Range | Marked for Identification | Admitted Into Evidence |
|---|---|---|---|---|
| 1 | Gold coin (physical) | - | | |
| 2 | Photos of gold coin | 160-161 | | |
| 3 | AG Contact Profile and Signal Messages | 2865-2886; 144 | | |
| 4 | Photos of Signal Messages on Phone | 146, 148-159 | | |
| 5 | Audio Recording from June 2, 2022 (Boca Raton, FL) | 792 | | |
| 6 | Transcript of June 2, 2022 Audio Recording (Boca Raton, FL) | 3429-3501 (Prior version at 52-121) | | |
| 7 | Audio Recording from June 22, 2022 (New York) | 793 | | |
| 8 | Transcript of June 22, 2022 Audio Recording (New York) | 3503-3540 (Prior version at 751-787) | | |
| 9 | Audio Recording from May 27, 2021 (Boston, MA) | 794 | | |
| 10 | Transcript of Audio Recording from May 27, 2021 (Boston, MA) | 3226-3409 | | |
| 11 | Audio Recording of March 24, 2022 call recorded on the Signal app at approximately 11:35 am | 795 | | |
| 12 | Letter of Engagement from Allen Gessen | 1-2 | | |
| 13 | Consultancy Agreement | 3-11 | | |
| 14 | Hit package containing victim info | 20-23 | | |
| 15 | Screenshots of wires | 162-163 | | |
| 16 | BWC of notification and arrest | 750 | | |
| 17 | Concord Police Department Report | 572-583 | | |
| 18 | Photos of UC meetings in Boston, MA – May 27, 2021 | 327 | | |
| 19 | Photos of UC meeting in Boca Raton, FL – June 2, 2022 | 395-406 | | |
| 20 | Photos of UC meeting in New York – June 22, 2022 | 428, 429 | | |

| Exhibit | Description | Bates Range | Marked for Identification | Admitted Into Evidence |
|---|---|---|---|---|
| 21 | Text thread between Defendant and Victim | 1817-1847 | | |
| 22 | Wires | 432-433 | | |
| 23 | Transcript of March 24, 2022 audio Recording of Signal call | 3417-3428 | | |
| 24 | Supreme Court of Zimbabwe Judgment | 24-33 | | |
| 25 | CBP Report re prior kidnapping case | 37-47 | | |
| 26 | Citibank records re Geewiz OU and MLI Ventures wire | 2507-2514 | | |
| 27 | Hit package cropped | 12-15 | | |
| 28 | Messages between UCE #2 and Christopher Belafiore containing hit package | 2920-2936 | | |
| 29 | "Note to self" containing hit package | 2937-2940 | | |
| 30 | Court Order from Massachusetts Probate and Family Court | 1182 | | |

DATED:  April 28, 2023

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney


_____/s/_____
ILHAM A. HOSSEINI
ALEXIS JAMES
Assistant United States Attorneys