ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

ILHAM A. HOSSEINI (CABN 256274)
ALEXIS JAMES (NYBN 5603865)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7196
    Fax: (415) 436-7234
    ilham.hosseini@usdoj.gov
    alexis.james@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ALLEN GESSEN, <br><br> Defendant. | CASE NO. 22-CR-276-JSC <br><br> **STIPULATIONS** <br><br> Judge: Hon. Jacqueline Scott Corley <br> Pretrial Conf.: April 26, 2023 <br> Time: 1:30 p.m. <br> Trial Date: May 1, 2023 |

**IT IS HEREBY STIPULATED AND AGREED**, between plaintiff, the United States of America, by its undersigned counsel, and Defendant, Allen Gessen, by his undersigned counsel, that:

    1.    The Signal application and the Defendant's cellular phone were a facility in interstate or foreign commerce.

    2.    The Defendant's flight from Boston to Miami on June 2, 2022, is travel in interstate commerce.

    3.    The Defendant's flight from Miami to Boston on June 2, 2022, is travel in interstate commerce.

4. The Defendant's drive from Boston to New York City on June 21, 2022, is travel in interstate commerce.

5. The Defendant's flight from New York City to Boston on June 29, 2022, is travel in interstate commerce.

6. The following two wire transmissions sent from an account in the name of GEEWIZ OU at AS LHV Bank in Tallinn, Estonia to Citibank in the United States, which were sent through the SWIFT international wire system, and then received by Bank of America account 3340 3049 3647, in the name of MLI Ventures, LLC, in San Francisco, California, were a facility in interstate or foreign commerce:

    a. Wire transmission posted on June 29, 2022, for $18,000, minus the incoming wire fee, for a total of $17,975;

    b. Wire transmission posted on July 8, 2022, for $5,000, minus the incoming wire fee, for a total of $4,975.

**IT IS SO STIPULATED AND AGREED.**

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

DATED: April 28, 2023

_____
ILHAM A. HOSSEINI
ALEXIS JAMES
Assistant United States Attorneys
Attorneys for the United States of America

DATED: April 28, 2023

_____
CANDIS MITCHELL
KARTHIK RAJU
Assistant Federal Public Defenders
Attorneys for Defendant Allen Gessen