JODI LINKER
Federal Public Defender
Northern District of California
CANDIS MITCHELL
KARTHIK RAJU
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:   (415) 436-7706
Email:        Candis_Mitchell@fd.org

Counsel for Defendant Gessen

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | **Case No.:** CR 22–276 JSC |
| Plaintiff, | **Defense AMENDED Exhibit List** |
| v. | |
| **Allen Gessen,** | |
| Defendant. | |

The defense hereby submits a list of potential exhibits in the above-captioned case. The defense will decide whether and how to present a defense case after the government presents its case. The defense reserves the right to amend this list prior and during trial as necessary.

\\

\\

\\

\\

\\

|   |   |   |   |   | Date |   |   |
|---|---|---|---|---|---|---|---|
| | Exhibit Number | Bates - Begin | Bates - End | Full Name | Marked for Preadmission | Marked for Identification | Admitted |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | 100 | GESSEN-000001 | GESSEN-000001 | GESSEN-000001 Gessen Letter of Engagement 2022-06-07 | | | |
| 5 | 101 | GESSEN-000003 | GESSEN-000011 | GESSEN-000003 Consultancy Agreement 2022-06-24 GeeWiz and MLI | | | |
| 6 | 102 | GESSEN-000125 | GESSEN-000128 | GESSEN-000125 Screenshots of Signal Messages | | | |
| 7 | 103 | GESSEN-000129 | GESSEN-000129 | GESSEN-000129 Screenshots of Signal Messages | | | |
| 8 | 104 | GESSEN-000133 | GESSEN-000134 | GESSEN-000133 Screenshots of Signal Messages | | | |
| 9 | 105 | GESSEN-000173 | GESSEN-000173 | GESSEN-00017 Screenshots of Signal Message | | | |
| 10 | 106 | GESSEN-000136 | GESSEN-000136 | GESSEN-000136 Screenshots of Signal Message | | | |
| 11 | 107 | GESSEN-000138 | GESSEN-000141 | GESSEN-000138 Screenshots of Signal Message | | | |
| 12 | 108 | GESSEN-000130 | GESSEN-000132 | GESSEN-000130 Screenshots of Signal Message | | | |
| 13 | 109 | GESSEN-000137 | GESSEN-000137 | GESSEN-000137 Screenshots of Signal Message | | | |
| 14 | 110 | GESSEN-000142 | GESSEN-000143 | GESSEN-000142 Screenshots of Signal Message | | | |
| 15 | 111 | GESSEN-000145 | GESSEN-000159 | GESSEN-000145 Screenshots of Signal Message | | | |
| 16 | 112 | GESSEN-000198 | GESSEN-000201 | GESSEN-000198 FBI 302 2022-09-02_Gessen Meeting 2022-06-22 | | | |
| 17 | 113 | GESSEN-000386 | GESSEN-000394 | GESSEN-000386 FBI 302 2022-06-14_Gessen Surveillance on 2022-06-02 | | | |
| 18 | 114 | GESSEN-000164 | GESSEN-000166 | GESSEN-000164 FBI 302_2021-06-02_Kiselev Meeting Recording 2022-05-12 | | | |
| 19 | 115 | GESSEN-000411 | GESSEN-000417 | GESSEN-000411 FBI 302 2022-06-24 Gessen Meeting of 2022-06-02 | | | |
| 20 | 116 | GESSEN-000788 | GESSEN-000791 | GESSEN-000788 FBI 302 2022-10-20 UC Meet with Kiselev and Polyanskyy from 2022-04-26 | | | |
| 21 | 117 | GESSEN-000395 | GESSEN-000406 | GESSEN-000395 Surveillance Photos 2022-06-02 | | | |
| 22 | 118 | GESSEN-000160 | GESSEN-000160 | GESSEN-000160 Photo of Gold Coin | | | |
| 23 | 119 | GESSEN-000161 | GESSEN-000161 | GESSEN-000161 Photo of Gold Coin | | | |
| 24 | 120 | GESSEN-000162 | GESSEN-000163 | GESSEN-000162 Screen Shot of Balance - Bank of America Wire Transfer Screenshot 2022-06-22 | | | |
| 25 | 121 | GESSEN-000168 | GESSEN-000171 | GESSEN-000168 FBI 302_2021-06-08_Kiselev Recording 2021-05-27 | | | |
| 26 | 122 | GESSEN-000792 | GESSEN-000792 | GESSEN-000792_2 Audio File June 2, 2022 Meeting in Boca Raton | | | |
| 27 | 123 | GESSEN-000793 | GESSEN-000793 | GESSEN-000793_Confidential 6_22_2022 New York Audio 2 | | | |
| 28 | | | | | | | |

DEFENSE AMENDED EXHIBIT LIST
*GESSEN*, CR 22–276 JSC

| | | | | | | |
|---|---|---|---|---|---|---|
| 124 | GESSEN-000794 | GESSEN-000794 | GESSEN-000794_Confidential 5_27_2021 Boston MA Audio 3 | | | |
| 125 | GESSEN-000795 | GESSEN-000795 | GESSEN-000795_Confidential 3_24_2022 Call w AK Audio 4 | | | |
| 126 | | | Clip of April 26 Meeting 1.54.17-2.00.36 1379-2022-04-28-ERM.004 | | | |

Dated:     May 1, 2023                                    Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

                           /S
CANDIS MITCHELL
KARTHIK RAJU
Assistant Federal Public Defenders

DEFENSE AMENDED EXHIBIT LIST
*GESSEN*, CR 22–276 JSC

3