| | |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | ILHAM A. HOSSEINI (CABN 256274)<br>ALEXIS JAMES (NYBN 5603865) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7196<br>FAX: (415) 436-7234 |
| 8 | ilham.hosseini@usdoj.gov<br>alexis.james@usdoj.gov |
| 9 | |
| 10 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLEN GESSEN,<br><br>    Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 22-CR-276-JSC<br><br>**EXHIBIT LIST**<br><br>Judge:             Hon. Jacqueline Scott Corley<br>Pretrial Conf.:  April 26, 2023<br>Time:              1:30 p.m.<br>Trial Date:       May 1, 2023 |

The following exhibits were admitted at trial by both parties.

| Exhibit | Description |
|---|---|
| 1 | Gold coin (physical) |
| 2 | Photos of gold coin |
| 3 | AG Contact Profile and Signal Messages |
| 4 | Photos of Signal Messages on Phone |
| 5 | Audio Recording from June 2, 2022 (Boca Raton, FL) |
| 7 | Audio Recording from June 22, 2022 (New York) |
| 11 | Audio Recording of March 24, 2022 call recorded on the Signal app at approximately 11:35 am |
| 12 | Letter of Engagement from Allen Gessen |
| 13 | Consultancy Agreement |
| 15 | Screenshots of wires |
| 19 | Photos of UC meeting in Boca Raton, FL – June 2, 2022 |
| 20 | Photos of UC meeting in New York – June 22, 2022 |
| 22 | Wires |
| 26 | Citibank records re Geewiz OU and MLI Ventures wire |
| 28 | Messages between UCE #2 and Christopher Belafiore containing target package |
| 29 | "Note to self" containing target package |
| 31 | Target Package |
| 32 | Stipulations |
| 126 | Audio Clip of April 26, 2022 recording with Alex Kiselev |

| | | |
|---|---|---|
| 1 | DATED: May 3, 2023 | Respectfully submitted, |
| 2 | | ISMAIL J. RAMSEY |
| 3 | | United States Attorney |

_____/s/_____
ILHAM A. HOSSEINI
ALEXIS JAMES
Assistant United States Attorneys