1 | JODI LINKER
2 | Federal Public Defender
    Northern District of California
3 | CANDIS MITCHELL
    KARTHIK RAJU
4 | Assistant Federal Public Defender
    19th Floor Federal Building - Box 36106
5 | 450 Golden Gate Avenue
    San Francisco, CA 94102
6 | Telephone:  (415) 436-7700
    Facsimile:  (415) 436-7706
7 | Email:      Candis_Mitchell@fd.org

Counsel for Defendant Gessen

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| **United States of America,** | Case No.: CR 22–276 JSC |
|---|---|
| Plaintiff, | **Defense Second Amended Exhibit List** |
| v. | |
| **Allen Gessen,** | |
| Defendant. | |

The defense hereby submits a list of potential exhibits in the above-captioned case. The defense will decide whether and how to present a defense case after the government presents its case. The defense reserves the right to amend this list prior and during trial as necessary.

\\

\\

\\

\\

\\

| Exhibit Number | Bates - Begin | Bates - End | Full Name | Date Marked for Preadmission | Marked for Identification | Admitted |
|---|---|---|---|---|---|---|
| 100 | GESSEN-000001 | GESSEN-000001 | GESSEN-000001 Gessen Letter of Engagement 2022-06-07 | | | |
| 101 | GESSEN-000003 | GESSEN-000011 | GESSEN-000003 Consultancy Agreement 2022-06-24 GeeWiz and MLI | | | |
| 102 | GESSEN-000125 | GESSEN-000128 | GESSEN-000125 Screenshots of Signal Messages | | | |
| 103 | GESSEN-000129 | GESSEN-000129 | GESSEN-000129 Screenshots of Signal Messages | | | |
| 104 | GESSEN-000133 | GESSEN-000134 | GESSEN-000133 Screenshots of Signal Messages | | | |
| 105 | GESSEN-000173 | GESSEN-000173 | GESSEN-00017 Screenshots of Signal Message | | | |
| 106 | GESSEN-000136 | GESSEN-000136 | GESSEN-000136 Screenshots of Signal Message | | | |
| 107 | GESSEN-000138 | GESSEN-000141 | GESSEN-000138 Screenshots of Signal Message | | | |
| 108 | GESSEN-000130 | GESSEN-000132 | GESSEN-000130 Screenshots of Signal Message | | | |
| 109 | GESSEN-000137 | GESSEN-000137 | GESSEN-000137 Screenshots of Signal Message | | | |
| 110 | GESSEN-000142 | GESSEN-000143 | GESSEN-000142 Screenshots of Signal Message | | | |
| 111 | GESSEN-000145 | GESSEN-000159 | GESSEN-000145 Screenshots of Signal Message | | | |
| 112 | GESSEN-000198 | GESSEN-000201 | GESSEN-000198 FBI 302 2022-09-02_Gessen Meeting 2022-06-22 | | | |
| 113 | GESSEN-000386 | GESSEN-000394 | GESSEN-000386 FBI 302 2022-06-14_Gessen Surveillance on 2022-06-02 | | | |
| 114 | GESSEN-000164 | GESSEN-000166 | GESSEN-000164 FBI 302_2021-06-02_Kiselev Meeting Recording 2022-05-12 | | | |
| 115 | GESSEN-000411 | GESSEN-000417 | GESSEN-000411 FBI 302 2022-06-24 Gessen Meeting of 2022-06-02 | | | |
| 116 | GESSEN-000788 | GESSEN-000791 | GESSEN-000788 FBI 302 2022-10-20 UC Meet with Kiselev and Polyanskyy from 2022-04-26 | | | |
| 117 | GESSEN-000395 | GESSEN-000406 | GESSEN-000395 Surveillance Photos 2022-06-02 | | | |
| 118 | GESSEN-000160 | GESSEN-000160 | GESSEN-000160 Photo of Gold Coin | | | |
| 119 | GESSEN-000161 | GESSEN-000161 | GESSEN-000161 Photo of Gold Coin | | | |
| 120 | GESSEN-000162 | GESSEN-000163 | GESSEN-000162 Screen Shot of Balance - Bank of America Wire Transfer Screenshot 2022-06-22 | | | |
| 121 | GESSEN-000168 | GESSEN-000171 | GESSEN-000168 FBI 302_2021-06-08_Kiselev Recording 2021-05-27 | | | |
| 122 | GESSEN-000792 | GESSEN-000792 | GESSEN-000792_2 Audio File June 2, 2022 Meeting in Boca Raton | | | |

DEFENSE EXHIBIT LIST
*GESSEN*, CR 22–276 JSC

| | | | | | | |
|---|---|---|---|---|---|---|
| 123 | GESSEN-000793 | GESSEN-000793 | GESSEN-000793_Confidential 6_22_2022 New York Audio 2 | | | |
| 124 | GESSEN-000794 | GESSEN-000794 | GESSEN-000794_Confidential 5_27_2021 Boston MA Audio 3 | | | |
| 125 | GESSEN-000795 | GESSEN-000795 | GESSEN-000795_Confidential 3_24_2022 Call w AK Audio 4 | | | |
| 125 | GESSEN-000795 | GESSEN-000795 | GESSEN-000795_Confidential 3_24_2022 Call w AK Audio 4 | | | |
| 127 | GESSEN-03410 | GESSEN-03410 | GESSEN-003410 GS Lab Ballistics Capital Drawdown and Repayment Schedule | | | |

Dated: May 4, 2023

Respectfully submitted,

JODI LINKER
Federal Public Defender
Northern District of California

　　　　/S
CANDIS MITCHELL
KARTHIK RAJU
Assistant Federal Public Defenders