1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  ILHAM A. HOSSEINI (CABN 256274)
   ALEXIS JAMES (NYBN 5603865)
5  Assistant United States Attorneys

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
7       Telephone: (415) 436-7196
        FAX: (415) 436-7234
8       ilham.hosseini@usdoj.gov
        alexis.james@usdoj.gov
9
   Attorneys for United States of America

10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 22-CR-276-JSC |
| Plaintiff, | ) | **JOINT EXHIBIT LIST** |
| v. | ) | |
| ALLEN GESSEN, | ) | Judge: Hon. Jacqueline Scott Corley |
| | ) | Pretrial Conf.: April 26, 2023 |
| Defendant. | ) | Time: 1:30 p.m. |
| | ) | Trial Date: May 1, 2023 |

The following exhibits were admitted at trial by both parties.

| Exhibit | Description |
|---|---|
| 1 | Gold coin (physical) |
| 2 | Photos of gold coin |
| 3 | AG Contact Profile and Signal Messages |
| 4 | Photos of Signal Messages on Phone |
| 5 | Audio Recording from June 2, 2022 (Boca Raton, FL) |
| 7 | Audio Recording from June 22, 2022 (New York) |
| 11 | Audio Recording of March 24, 2022 call recorded on the Signal app at approximately 11:35 am |
| 12 | Letter of Engagement from Allen Gessen |
| 13 | Consultancy Agreement |
| 15 | Screenshots of wires |
| 19 | Photos of UC meeting in Boca Raton, FL – June 2, 2022 |
| 20 | Photos of UC meeting in New York – June 22, 2022 |
| 22 | Wires |
| 26 | Citibank records re Geewiz OU and MLI Ventures wire |
| 28 | Messages between UCE #2 and Christopher Belafiore containing target package |
| 29 | "Note to self" containing target package |
| 30 | Court Order from Massachusetts Probate and Family Court |
| 31 | Target Package |
| 32 | Stipulations |
| 126 | Audio Clip of April 26, 2022 recording with Alex Kiselev |
| 127 | Capital Drawdown and Repayment Schedule |

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

DATED: May 8, 2023

/s/
ILHAM A. HOSSEINI
ALEXIS JAMES
Assistant United States Attorneys
Attorneys for the United States of America

DATED: May 8, 2023

/s/
CANDIS MITCHELL
KARTHIK RAJU
Assistant Federal Public Defenders
Attorneys for Defendant Allen Gessen