```
                                                   Pages 1 - 4

              UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

    BEFORE THE HONORABLE JACQUELINE SCOTT CORLEY, JUDGE

UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )
                             )
  VS.                        )     No. 22-cr-276-JSC
                             )
ALLEN GESSEN,                )
                             )
          Defendant.         )     San Francisco, California
_____)
```

**MASTER TRIAL INDEX**

**APPEARANCES:**

```
For Plaintiff:         ISMAIL J. RAMSEY
                       UNITED STATES ATTORNEY
                       450 Golden Gate Avenue, 11th Floor
                       San Francisco, California  94102
                  BY:  ILHAM A. HOSSEINI
                       ALEXIS JAMES
                       ASSISTANT UNITED STATES ATTORNEYS

For Defendant:         JODIE LINKER
                       Federal Public Defender
                       450 Golden Gate Avenue
                       Room 19-6884, Box 36106
                       San Francisco, California  94102
                  BY:  CANDIS MITCHELL
                       KARTHIK RAJU
                       DEPUTY FEDERAL PUBLIC DEFENDERS


Reported By:  BELLE BALL, CSR 8785, CRR, RDR
              Official Reporter, U.S. District Court
```

# I N D E X

Monday, May 1, 2023 - Volume 1

Tuesday, May 2, 2023 - Volume 2

Wednesday, May 3, 2023 - Volume 3

Thursday, May 4, 2023 - Volume 4

Friday, May 5, 2023 - Volume 5

Monday, May 8, 2023 - Volume 6

|  | **PAGE** | **VOL.** |
|---|---:|---:|
| Jury Voir Dire | 37 | 1 |
| Jury Instructions | 135 | 1 |
| Opening Statement by Ms. Hosseini | 145 | 1 |
| Opening Statement by Mr. Raju | 155 | 1 |
| The Government rests | 563 | 4 |
| The Government rests on rebuttal | 850 | 5 |
| Jury Instructions | 863 | 5 |
| Closing Argument by Ms. James | 870 | 5 |
| Closing Argument by Ms. Mitchell | 883 | 5 |
| Rebuttal Argument by Ms. Hosseini | 923 | 5 |
| Final Jury Instructions | 943 | 5 |
| Verdict returned | 953 | 6 |

| **GOVERNMENT'S WITNESSES** | **PAGE** | **VOL.** |
|---|---:|---:|
| **BOGNANNO, CHRISTOPHER** | | |
| (SWORN) | 9 | 1 |
| Offer of Proof - Direct by Ms. Hosseini | 9 | 1 |
| Offer of Proof Cross-Examination by Ms. Mitchell | 26 | 1 |
| | | |
| **RIZZO, DAVID** | | |
| (SWORN) | 166 | 2 |
| Direct Examination by Ms. Hosseini | 167 | 2 |
| | | |
| **RIZZO, DAVID (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 341 | 3 |
| Cross-Examination by Mr. Raju | 341 | 3 |
| Redirect Examination by Ms. Hosseini | 398 | 3 |
| Recross-Examination by Mr. Raju | 415 | 3 |

# I N D E X

| GOVERNMENT'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **CHIGARIRO, PRISCILLA** | | |
| (SWORN) | 420 | 3 |
| Direct Examination by Ms. James | 420 | 3 |
| Cross-Examination by Ms. Mitchell | 462 | 3 |
| Redirect Examination by Ms. James | 464 | 3 |
| | | |
| **YOUNG, JEFFREY** | | |
| (SWORN) | 466 | 3 |
| Direct Examination by Ms. James | 467 | 3 |
| Cross-Examination by Ms. Mitchell | 475 | 3 |
| Redirect Examination by Ms. James | 477 | 3 |
| | | |
| **FIERBERG, BENJAMIN** | | |
| (SWORN) | 481 | 3 |
| Direct Examination by Ms. James | 482 | 3 |
| | | |
| **PEACOCK, DAVID** | | |
| (SWORN) | 484 | 3 |
| Direct Examination by Ms. Hosseini | 484 | 3 |
| Cross-Examination by Ms. Mitchell | 505 | 3 |
| Redirect Examination by Ms. Hosseini | 537 | 3 |
| Recross-Examination by Ms. Mitchell | 547 | 3 |
| | | |
| **BOGNANNO, CHRISTOPHER**  (REBUTTAL) | | |
| (SWORN) | 847 | 5 |
| Direct Examination by Ms. Hosseini | 847 | 5 |
| Cross-Examination by Ms. Mitchell | 849 | 5 |

| DEFENDANT'S WITNESSES | PAGE | VOL. |
|---|---|---|
| **GESSEN, ALLEN** | | |
| (SWORN) | 563 | 4 |
| Direct Examination by Ms. Mitchell | 563 | 4 |
| Cross-Examination by Ms. Hosseini | 711 | 4 |
| | | |
| **GESSEN, ALLEN** | | |
| (RECALLED) | 762 | 5 |
| Cross-Examination Resumed by Ms. Hosseini | 762 | 5 |
| Redirect Examination by Ms. Mitchell | 826 | 5 |
| Recross-Examination by Ms. Hosseini | 836 | 5 |

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1 |  | 284 | 2 |
| 2 |  | 292 | 2 |
| 3 |  | 177 | 2 |
| 4 |  | 300 | 2 |
| 5 |  | 180 | 2 |
| 7 |  | 274 | 2 |
| 11 |  | 170 | 2 |
| 12 |  | 246 | 2 |
| 13 |  | 301 | 2 |
| 15 |  | 498 | 3 |
| 19 |  | 238 | 2 |
| 20 |  | 291 | 2 |
| 22 |  | 495 | 3 |
| 26 |  | 500 | 3 |
| 28 |  | 313 | 2 |
| 29 |  | 310 | 2 |
| 30 |  | 588 | 4 |
| 31 |  | 317 | 2 |
| 32 |  | 551 | 3 |
| 126 |  | 362 | 3 |
| 127 |  | 683 | 4 |