```
                                               Volume 6

                                               Pages 951 - 958

              UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

    BEFORE THE HONORABLE JACQUELINE SCOTT CORLEY, JUDGE

UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )
                             )
  VS.                        )    No. 22-cr-276-JSC
                             )
ALLEN GESSEN,                )
                             )
          Defendant.         )    San Francisco, California
_____)

                                  Monday, May 8, 2023


            TRANSCRIPT OF TRIAL PROCEEDINGS
APPEARANCES:
For Plaintiff:          ISMAIL J. RAMSEY
                        UNITED STATES ATTORNEY
                        450 Golden Gate Avenue, 11th Floor
                        San Francisco, California  94102
                  BY:   ILHAM A. HOSSEINI
                        ALEXIS JAMES
                        ASSISTANT UNITED STATES ATTORNEYS

For Defendant:          JODIE LINKER
                        Federal Public Defender
                        450 Golden Gate Avenue
                        Room 19-6884, Box 36106
                        San Francisco, California  94102
                  BY:   CANDIS MITCHELL
                        KARTHIK RAJU
                        DEPUTY FEDERAL PUBLIC DEFENDERS


Reported By:   BELLE BALL, CSR 8785, CRR, RDR
               Official Reporter, U.S. District Court
```

```
 1  Monday, May 8, 2023                                    8:49 a.m.
 2                        P R O C E E D I N G S
 3                                -oOo-
 4       (The following proceedings were held in the presence of
 5  the Jury)
 6           THE COURT:  So over the weekend Ms. Mosk contacted us,
 7  she had a family emergency and she's no longer able to sit on
 8  the jury.  Mr. Smith kindly -- kindly was able to come this
 9  morning.
10       So I wanted to bring you in to let you know about that and
11  also to instruct you that you need to start over on the
12  deliberations because Mr. Smith wasn't there.  All right?  So
13  you need to start over.
14       And always, when you are deliberating, all 12 of you need
15  to be present.  So if somebody goes to the bathroom or goes to
16  get food you need to stop, talk about how you hope the Warriors
17  can turn it around tonight, and then resume your deliberations
18  when all 12 of you are present.
19       All right? Great.  And again, thank you, Mr. Smith, for
20  coming this morning.  All right.
21       (Jury excused)
22       (The following proceedings were held outside of the
23  presence of the Jury)
24           THE COURT:  So, Ms. Hosseini, Ms. Mosk's father died
25  over the weekend.  So she was excused.  It wasn't until last
```

```
 1  night so we were unable to get ahold of Mr. Hamilton, but we
 2  were able to get ahold of Mr. Smith.  So Mr. Smith is here.
 3          MS. HOSSEINI:  (Nods head)
 4          THE COURT:  And then I just instructed the jury to
 5  restart deliberations.
 6          MS. HOSSEINI:  Yes, Your Honor.  And my apologies,
 7  someone had a stroke on BART so there was a delay.
 8          THE COURT:  Oh.
 9          MS. HOSSEINI:  Things came on board, and obviously
10  there was a long delay.  It was not that I just didn't want to
11  be here.
12          THE COURT:  I didn't for one second think that.
13          MS. HOSSEINI:  Thank you.
14          THE COURT:  Okay.  Thank you, everybody.
15          MS. JAMES:  Thank you.
16      (Recess taken from 8:51 a.m. to 2:51 p.m.)
17      (The following proceedings were held in the presence of
18  the Jury)
19          THE COURT:  Welcome back, members of the jury.  Please
20  be seated.  I understand you have reached a verdict.  Please
21  hand Ms. Means the verdict form.
22      (Document handed up to the Court)
23      (The Court examines document)
24          THE COURT:  Ms. Means, would you please read the
25  verdict.
```

1   **THE COURTROOM DEPUTY:** Okay.

2   Ladies and gentlemen of the jury listen to the verdict as

3   it will stand recorded, for the United States District Court,

4   Northern District of California, in Criminal Action 22-CR-276,

5   United States of America versus Allen Gessen.

6   We, the jury, unanimously find the defendant, Allen

7   Gessen, as to murder for hire:

8   Answer:  Guilty.

9   Signed by the foreperson.

10  **THE COURT:** Thank you.

11  Ms. Mitchell, would you like the jury polled?

12  **MS. MITCHELL:** Yes, Your Honor.

13  **THE COURTROOM DEPUTY:** Okay.  Juror No. 1, is this

14  your verdict?

15  **JUROR NO. 1:** Yes.

16  **THE COURTROOM DEPUTY:** Juror No. 2, is this your

17  verdict?

18  **JUROR NO. 2:** Yes.

19  **THE COURTROOM DEPUTY:** Juror No. 3, is this your

20  verdict?

21  **JUROR NO. 3:** Yes, it is.

22  **THE COURTROOM DEPUTY:** Juror No. 4 is this your

23  verdict?

24  **JUROR NO. 4:** Yes.

25  **THE COURTROOM DEPUTY:** Juror No. 5, is this your

1  verdict?
2          **JUROR NO. 5:**  Yes.
3          **THE COURTROOM DEPUTY:**  Juror No. 6, is this your
4  verdict?
5          **JUROR NO. 6:**  Yes.
6          **THE COURTROOM DEPUTY:**  Juror No. 7, is this your
7  verdict?
8          **JUROR NO. 7:**  Yes.
9          **THE COURTROOM DEPUTY:**  Juror No. 8, is this your
10 verdict?
11         **JUROR NO. 8:**  Yes.
12         **THE COURTROOM DEPUTY:**  Juror No. 9, is this your
13 verdict?
14         **JUROR NO. 9:**  Yes.
15         **THE COURTROOM DEPUTY:**  Juror No. 11, Mr. Abantao, is
16 this your verdict?
17         **JUROR NO. 11:**  Yes.
18         **THE COURTROOM DEPUTY:**  Juror No. 12, is this your
19 verdict?
20         **JUROR NO. 12:**  Yes.
21         **THE COURTROOM DEPUTY:**  Juror No. 14, Mr. Smith, is
22 this your verdict?
23         **JUROR NO. 14:**  Yes.
24         **THE COURT:**  Okay Ladies and gentlemen of the jury,
25 this concludes your jury service.  You are no longer under any

| | |
|---|---|
| 1 | order not to discuss the case.  It's completely up to you.  You |
| 2 | can, or you cannot.  That's completely up to you. |
| 3 | If you do discuss the case, I just ask you to keep in mind |
| 4 | that your fellow jurors may -- some of the things they shared |
| 5 | with you, they may consider confidential or would not want it |
| 6 | shared, or just think about that. |
| 7 | And if you wouldn't mind, Ms. Means will bring you back, |
| 8 | and I would like to speak to you privately for a few minutes in |
| 9 | the jury room.  But, thank you.  You are an incredibly |
| 10 | attentive jury, always on time, and we very much appreciate |
| 11 | your service. |
| 12 | Thank you. |
| 13 | **THE COURTROOM DEPUTY:**  All rise for the jury. |
| 14 | (Jury excused) |
| 15 | (The following proceedings were held outside of the |
| 16 | presence of the Jury) |
| 17 | **THE COURT:**  Thank you.  So with respect to a standing |
| 18 | date, would the parties just like to work out a date with |
| 19 | Ms. Means and among yourselves? |
| 20 | **MS. MITCHELL:**  Yes, Your Honor.  And of course we |
| 21 | would also want to stipulate or work out some agreement as to |
| 22 | any post-trial motions as well. |
| 23 | **THE COURT:**  Yeah, why don't you just do that, and just |
| 24 | submit a stipulation.  In terms of dates, just work with |
| 25 | Ms. Means. |

1    **MS. MITCHELL:** Thank Your Honor.
2    **MS. HOSSEINI:** Yes, Your Honor.
3    **THE COURT:** Okay. Thank you very much.
4    **THE COURTROOM DEPUTY:** Court is adjourned.
5    (Proceedings concluded)

**I N D E X**

Monday, May 8, 2023 - Volume 6

|  | **PAGE** | **VOL.** |
|---|---|---|
| Verdict returned | 953 | 6 |

**CERTIFICATE OF REPORTER**

I, BELLE BALL, Official Reporter for the United States Court, Northern District of California, hereby certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

/s/ Belle Ball

Belle Ball, CSR 8785, CRR, RDR

Saturday, June 17, 2023