# EXHIBIT A

**EXHIBITS IN SUPPORT OF
DEFENDANT'S SENTENCING
MEMORANDUM**

Lenna Gessen

██████████████████████

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
District Judge Jacqueline Corley

***UNITED STATES VS GESSEN***

July 28th, 2023
Massachusetts, USA

Allen and I lived in a tiny flat in Moscow. Most weekends we spent visiting my mother and step-father. Once in a while, we visited my father and stepmother. This family structure provided Allen with two sets of loving grandparents and men to act as role models.

It was during our visit to my father that I realised for the first time the uniqueness of his nature, the fact that his tolerance and wisdom are different from mine. That day, Allen met a new set of great-grandparents - my father's in-laws. The great-grandmother was very old and ailing, too weak to join the family at the dinner table, so after greetings and small talk we all moved to the dining room leaving her to rest in bed. It was a merry affair, my siblings and I chatting and laughing, and nobody paid much attention to the fact that Allen spent most of the time away from the table: everyone assumed that he was playing with his toys. The next day my father called to say that the whole time of our visit, Allen (who was not yet three years old then) had spent sitting next to the old lady's bed taking care that her blanket didn't slip down and she wouldn't get cold.

 When Allen was in the first grade, he came home from school one day and asked me: "Do I have a father or don't I?" I dreaded this question for seven years, but since the only way I know about telling things is by telling the truth, I answered that his father was a well-known book translator and an aspiring film director, and this career occupied his mind and feelings. When I discovered that I was carrying his child, he was shooting on a set far from Moscow and didn't call. Allen listened and then ran to his toys. After a few hours of stressing out,  I asked him whether he had found my answer to his question satisfactory and whether he had some new thoughts because of it. To this, my seven-year-old son replied: "Of course, mama. Now I see that people can have a different outlook on life."

There are many stories I can tell about my son, his growing up, his abilities to face difficulties not losing his sense of humour and to overcome them, but I believe that these episodes from his early childhood reflect in full the kind of man my boy has become: empathic,  compassionate, tolerant and never judgmental. When I despair and get angry, he laughs and patiently waits for the better side to show up.

1

We value friendships; most of my friends have become my friends in my teens or early twenties. My friends overlapped and interacted with my mother's circle of friends, and later Allen's friends joined this motley circle. Nobody felt excluded because of the age, we shared mutual values and interests, curiosity for more knowledge and willingness to share have united us. I use the present tense because there are still friends of my mother who, now in their late nineties, still keep in touch and care about what is happening in Allen's and my lives, and Allen and I try to know about them and to help them if the need arises despite distances and our wandering way of life.

Before Allen's birth, I was involved with the dissident movement by typing the forbidden books and collecting items and money for the political prisoners, but becoming a mother, I stopped. At twenty-one, I was not ready to risk my freedom. Allen was born much more "law-abiding" than me, always very pragmatic, well-behaved and playing by the rules. He was a gifted actor and could have made a career of it, but his ambition - the ambition of a son of a single poor mother - was to earn money. Since kindergarten, he dreamed about buying me a warm winter coat that I didn't possess. A child born before perestroika, when stores were empty, and one had to hunt for sugar or soap and be lucky to run into a toilet paper seller on the street or find a counter with a laundry detergent, he began to feel responsible for our existence from the beginning.

When perestroika began,  hopes arose that the country may change, but the Soviet Army was still in Afghanistan.  Allen was growing, and I knew that the time when he would be required to register for the military draft was approaching. In 1988, I filed an application for Refugee Status at the U.S. Embassy. In December 1989, two events happened on the same day. In the morning, when Allen was at school, I got a phone call from Yevgeniy Yevtushenko, a famous poet and film director, congratulating me: Allen had been cast for one of the major roles in his film "The Stalin's Funeral." Then, in the mailbox, I found a package from the U.S. Embassy with a letter saying that  Refugee Status had been granted to us. Allen accepted the role and was immersed for a few months in the reality of 1953. He was paid his actor's honorarium in August before our departure from the Soviet Union and left all the money to his grandmother Esther so that she would be able to visit us in Boston.

When we arrived in Boston in 1990, he used every opportunity to earn money - raked leaves and shoveled snow, perused the "job" section of the Newton Tab, catching every opportunity for us to get on our feet. He applied for a job at the supermarket the day he turned sixteen, soon became the fastest bagger and was promoted, soon winning the title of the best cashier.  Allen has been working every day till the day of his arrest in 2022.

After graduating first from Babson College and then from the UConn School of Law, Allen held different positions, worked in different countries, and always generously shared his earnings with friends and family in need. With the first salary at his first "grown-up" job, he bought me my first set of brushes and paints, gave me a camera with rolls of film, and said that now I could allow myself to be an artist. Since he turned sixteen and till her death, Allen fully supported my mother, paid her medical insurance and bills, renovated her apartment, and bought tickets and insurance so that she was able to spend winters with us in America, travel with us, and enjoy a big part of her later years in the Promised Land - in Israel.

2

For over twenty-five years, Allen supported my unemployed younger brother and his very ill wife. He not only helped with the expenses for their basic everyday needs but also organised their vacations and international trips.

After he meet Priscilla Chigariro in 2011, Allen's expenses began to grow. Priscilla wanted Allen to provide her with the lifestyle of the rich, to employ household staff, and to invest in her different enterprise ideas. Priscilla's family joined her in this quest for Allen's money. Her father and siblings constantly asked for and received from him substantial financial support.
I am not going to dwell here on the first five years of ███ life. I witnessed it. I cried over it. I wrote extensively about it in my affidavit for the Family Court in Massachusetts. I would never understand how Allen was able to believe that the second child would improve the situation. But he did, and, despite all odds and common sense, my granddaughter came into this world.

After the birth of ███ by a surrogate mother in November 2018, Allen did all he could to protect his children and care for them. He rented the biggest apartment I have seen in my life - about four thousand square feet in size. He worked tirelessly, provided generously for Priscilla and her family, enabling her to have a housekeeper, a driver, and a nanny, investing in her enterprises and, at the same time, organising all the aspects of their children's lives himself - teachers, doctors, driving ███ across the city to school in the morning, picking him up midday and taking to soccer or chess classes. Despite the size of the apartment, Priscilla had insisted that Allen move out, and so the only help with school work ███ was getting came from the nice Kirghiz housekeeper. ███ who was attending the British International School in Moscow, was falling behind his classmates. Usually ready to smile and laugh, he was becoming stressed, sometimes even aggressive. I had never had personal knowledge as to what inappropriate things he was exposed to during his long sojourns with Priscilla in Zimbabwe. I had never been present during the quarrels between Priscilla and Allen, but I knew that things were wrong when ███ would tell me that he wanted to beat up everybody or, on his rare visit, would say "Babalook (the name he made up for me combining the Russian "baba" and English "look"), I love you more than anybody: you never yell."

When Allen asked Priscilla to allow him to take ███ for a trip during the vacation week in February 2019, Priscilla demanded ten thousand dollars in exchange. ███ probably, overheard - with the sly humor of a five-year-old he was saying later: "Mama sold me to Papa!"

Allen was concerned with protecting ███ from such life experiences, but the problems kept piling up, and the child was in the middle of this. One of the issues was the big rented apartment. The lease was in Allen's name. Allen rented an additional flat for himself, and his expenses were getting out of hand. The lease had expired, but Priscilla refused to move out, and, although the owner agreed to extend it for one more month, it had to be vacated by the end of June. All the conversations on the subject ended with loud arguing and yelling in ███ presence.

Allen's contract for working in Moscow was coming to an end on May 31st, and his attempts to persuade Priscilla that plans for the future should be made were all in vain. On June 15th, 2019, Priscilla unexpectedly paid me a friendly visit at our family's country house not far from Moscow. She arrived with both children and their Zimbabwean nanny on the day when Allen was there too. The day was lovely. The nanny enjoyed weeding my garden, I played with the children, and their parents talked civilly, laughed, and shared a bottle of wine. The truce reigned. By the late evening, Allen and Priscilla agreed to move to the USA, the nanny said that she would accompany them, and

3

Priscilla was to leave for Zimbabwe to apply for the American Visa as soon as Allen reserved the plane tickets.

The same night, Allen reserved the ticket for Priscilla to fly to Zimbabwe and back. The only unresolved issue that remained was the eviction prospect.  After Priscilla left, Allen took a unilateral decision: he moved the furniture from the apartment into a storage unit,  prepared the room for Priscilla and the nursery for ██████ in our family country house, bought food supplies for the baby, paid the nanny in advance, asked our housekeeper to stay on the property to help, and moved there all of Priscilla's personal belongings. To protect ████ from yet another violent quarrel, he decided to leave before Priscilla's return.

Allen asked me to accompany him and ████ to the USA so he could begin to look for work and find a good school for ████ and housing for him and his family. The idea was to settle in a good school district and rent two separate flats for him and Priscilla so that the children could comfortably switch between both when Priscilla and ██████ came. The three of us left Russia on June 24th leaving ██████ in her nanny's care comfortably installed in our country house. Allen wrote to Priscilla about the departure and the vacating of the apartment. She was to land in Moscow two or three hours later.

I will skip the events that followed: Priscilla's rage at discovering that she can't return to the big apartment,  (she filed a police report that her furniture was stolen); Allen's finding out that instead of getting an American visa in Zimbabwe, she bought there the false birth certificate for ██████ Priscilla's refusal to put Allen's name on the proper birth certificate, leaving their daughter fatherless and without a chance of becoming an American citizen; taking ██████ to Zimbabwe instead of travelling to the USA, Allen's filing paternity suits and Hague Convention child abduction papers related to ██████ Priscilla's retaliating with her own child abduction complaint regarding ████ All this is documented in countless court proceedings, discoveries, and depositions that were taking place in three countries from December 2018 till May 2022.

Your Honor, Judge Corley, now I am going to tell you about ████ life in America. On June 24th, ████ was one month away from his sixth birthday.  By that age he had visited over twenty countries, had been all over Europe, twice in Asia, twice in the USA, in Mozambique, South Africa, and, of course, in Zimbabwe and Russia. Neither in Zimbabwe nor in Russia did he ever have  a permanent home,  play in his own room or sleep in his own bed. He had attended five pre-schools and two schools. The only constant abode he knew was our Russian country home and our friendly neighbours there. Born with a happy disposition, he enjoyed this nomadic lifestyle and loved hotels. Going on a trip had him excited, and moving to the USA even more so because he liked his cousins living in New York and family reunions at my older brother's house on Cape Cod.

Allen was choosing between NYC and Boston, to ensure that ████ was in proximity with our bigger family in the USA. He decided to enroll ████ in the private Metro-West Jewish Day School in Massachusetts, where his old classmate was a rabbi and whose three sons attended the school. Allen rented a house in Concord, MA, and we settled there.  This old but cozy farmhouse had three separate bedrooms and an extra study, which we designated as a music room for ████ who was showing an unusual gift. For the first time, ████ had his own room, his own closet, his own bed. It was time to to learn to sleep on his own, to dress himself without yet another nanny to assist.

4

We spent the bigger part of that summer in NYC, visiting museums and theaters with ███ making new friends, and exploring. Allen continued to work and left on a few business trips to Europe and Moscow, where he met Priscilla and ███████ for whom, despite the constant disagreements and fights, he provided fully. By the end of August, we settled in Concord and ███ started his kindergarten at MEJDS. He thrived there. Soon he acquired a best friend, Benji, their relationship so unique that the whole school was watching; he demonstrated an aptitude for languages by learning Hebrew easily, and he liked his teachers and Shabbat Celebrations at the end of the school day every Friday.

Priscilla called him occasionally, and to make this communication easy for ███ and fuller for her, Allen installed the Apple Portal in his room - a gadget with a big screen and a camera that follows a person. ███ was able to play and move around the room while talking to his mother who could watch him.

The Russian court's ruling on the issue of ███████ birth certificate' came in September 2019. It allowed Priscilla to be recorded as a mother and permitted her to put anyone's name as a child's father. Most probably, the reason for such a decision was that the father bore an American passport. Allen wanted Priscilla and ███████ to come to the States as soon as possible, so he didn't file an appeal. We found a few prospective housing opportunities close to our home and were waiting for information on Priscilla's arrival with ███████ Allen flew to Moscow to register the child and arrange their travels.

When Priscilla got the birth certificate with only her name on it and took the baby to Zimbabwe, Allen had to tell ███ that Priscilla's arrival was postponed indefinitely. Although ███ didn't express any sadness or surprise and seemed content, Allen decided to consult with the MWJDS staff psychologist. The meeting was attended by the school principal, the psychologist, the dean of studies, ███ homeroom and language teachers. I was present there together with Allen, and the feeling of warmth and comfort the staff provided us with I still remember as a blessing. Unanimously, everybody assured us that we should not worry about our boy: ███ was the happiest child at school, a favourite of students and teachers alike.

Allen hired a private violin teacher for ███ who insisted that he wanted to be a violinist. Close to the farm where we lived were the stables where ███ began to take riding lessons and spend hours after school helping to clean and feed the horses. The Marx Fencing Academy is located in the center of Concord; we could never pass that building without ███ gluing his nose to the window and staying there for a long time. The coach noticed him, invited him inside and showed him a few moves with a foil. ███ became the youngest and most fervent student there.

The phone calls from Priscilla to ███ were sporadic, never at the time she promised; occasionally, she disappeared for as long as six weeks. In the beginning, ███ patiently waited for the phone calls, then he became indifferent and didn't want to interrupt whatever he was doing for her calls, and eventually grew to dread them since the sole subject of the conversation was, "I will come soon and take you away."

Friends and family from Moscow called him via the Portal to chat, his old nanny called from Moldova and read him books, our musician friend from Canada taught ███ to play drums via the Portal, Allen's friend from Zimbabwe was teaching ███ history and the language of the country. ███ was comfortable with this mode of communication but began to run away when Priscilla

5

called, and it took a lot of persuasion and appeals to his empathy on Allen's part to make him answer his mother's calls.

Allen downscaled the amount of work so he could dedicate as much time to ▮ as possible. He earned enough to pay for our everyday needs and for all ▮ lessons and grew used to his old temperate way of life, with home cooking instead of going out. I was there to come up with ▮ daily lunch box content, teaching and educating him in every aspect I could think of. ▮ life was peaceful, Allen's - clouded by the multiplying court proceedings regarding the children.

By the end of 2019, ▮ became fully bilingual; both his Russian and English vocabularies were growing by the day, he learned to read, first in Russian and then in English, and was preparing for his first violin recital.

This idyllic childhood was interrupted by the Covid-19 pandemic. ▮ school was closed, fencing and riding lessons stopped, and interactions with neighbours and passersby became non-existent. Although, living on a farm among fields and woods, we were in a much better situation than many, this solitude was difficult for the little boy. To provide ▮ with a playmate and a companion, we decided to buy him a puppy.  It took a spontaneous decision, a hectic search, and then a fast ride to Upstate New York where a breeder miraculously happened to have a two-month-old poodle.

We told ▮ about the destination already being in the car, and, overwhelmed with emotions, he cried,  tears running down his cheeks and chin. For the next half an hour he was laughing and singing "God bless America" at the top of his voice. There are tons of books written about a Boy and his Dog, and I won't add anything. ▮ and his Greene the Poodle became inseparable. All the misery and loneliness were forgotten; the happiness was back.

Meanwhile, while in the USA Covid-19 restrictions and travel prohibitions were already in full force, in Zimbabwe life was going on, and Courts continued their work. Allen was not able to appear at the Hague Convention trial about ▮ and lost. He was allowed and filed an appeal, but there was no date given.

▮ kindergarten classes were online, and Allen decided that there was no point in paying the private school tuition in those circumstances. He enrolled ▮ in Willard Elementary School in Concord, less than a ten-minute walk from home. Before the beginning of the school year, Allen hired a tutor for ▮ to prepare him for first grade: despite all the progress he was making, the years of educational neglect showed up. ▮ progress in violin was amazing as well, and his repertoire was growing.

▮ 7th birthday was celebrated in the stables, with his coach and stablehands bringing home-baked brownies and a birthday cake for him. ▮ hugged his pony and played with his poodle, and this unusual party was a great success in the middle of the pandemic.

School year 2020/2021 was, therefore, proceeding peacefully. The daily classes were held online, but there were field trips, playdates with classmates and other opportunities for ▮ to get a feeling of belonging to the community; our financial situation seemed stable, although Allen had less work because of the pandemic and his legal fees were mounting. I had some savings and started paying half of our rent to make it easier. The Family Court judge in Massachusetts ordered

6

mediation between parents, and there were weekly  ZOOM sessions aimed at helping the parents reach some consensus.

On Priscilla's demand, the Court forbade any out-of-state travel for ███ till the final resolution of the Hague Convention case, in which Priscilla was a Plaintiff. ███ passports were to be kept at Allen's attorney's office for the duration of the proceedings and even visiting the NYC relatives was out of the question. The trial was set for the first week of August 2021. Unexpectedly, two days before the beginning of the trial,  Priscilla, accompanied by her older sister, arrived with ███ in Boston. They moved in with a Zimbabwean family in the town of Fitchburg, about an hour's drive from our home.

The trial at the Federal Court of Massachusetts lasted a week, then the wait for the ruling began. The mediation between the parents continued, and some kind of temporary agreement about the custody was reached. After sporadic Priscilla's phone calls, ███ sleep was disturbed, he awoke often to come to Allen's or my bedroom. That period was traumatic for ███ - he began wetting his bed at night and developed eczema. Despite the advice of the mediators, explaining that a girl of two and a boy of seven have different needs, Priscilla insisted that the children, ███ and ███ always spend time with each parent together. It made it impossible for Allen to bond properly with his daughter and made it frustrating for ███ who couldn't play with his father or talk to him the way he was used to. Priscilla kept refusing to add Allen to ███ birth certificate, making his position vulnerable and legally compromised. Allen filed a new Motion for Paternity in Zimbabwean Court, the same court where Priscilla's Motion for Custody over ███ was pending.

Priscilla's tourist visa was to expire in January 2022, the fact that kept popping up weekly when Priscilla's lawyer sent yet another letter to the judge asking to come up with the ruling as soon as possible.

Allen hoped to win but was ready for any outcome. For over a year, he was developing a start-up project for Zimbabwe, being ready to move to Africa if the judge ordered for ███ to be sent there.

The Judge's ruling was announced on December 20, 2021. Priscilla lost, and the danger that ███ might be sent to Zimbabwe was there no more. We were elated, ███ passports were handed to Allen together with the text of the court order.  Alas, ███ fate remained suspended, and aware of the fact that Priscilla and their daughter were going to leave the USA in January, Allen decided to travel to Zimbabwe with ███ to stay there as long as necessary until both the paternity and the custody cases were resolved.

Allen made the arrangements,  I talked to my Zimbabwean friends to ensure that ███ would be able to attend school while in Harare and that there would be a violin teacher to help him practice while away from home. Although travel was still under the Covid-19 restrictions, all three of us already had our vaccinations and boosters and were ready to take any test required for the trip. Allen was told that the Zimbabwean Courts would have been reopened on January 10th, 2022 for the winter session; it left us two weeks of vacation time to enjoy and celebrate the freedom of traveling.

Since both Allen and I had clothes in Zimbabwe, we didn't have to pack for the change of season. I prepared ███ summer outfits and swimming trunks, he packed his books and his violin, and Allen booked our first stop in New York. With all this excitement, ███ slept badly, had one of his nightmares and awoke feeling weak in the morning. As required by the school rules, Allen called

7

the nurse and told her that ▮ would skip a day. A couple of hours later, ▮ forgot all about his headache and wanted action. It was December 21st, one and a half days left till the beginning of vacation. We decided to hit the road.

Allen wrote to his attorney asking her to inform Priscilla's attorney of his travel plans. He also asked her to withdraw her representation of him. We started towards NYC, I - behind the wheel, ▮ and Greene the Poodle cuddling in the back seat, Allen writing a letter to Priscilla about his plans. Knowing that Priscilla didn't have much money, he offered to pay for her vacation in Florida with ▮ (as it was her dream) before returning to Zimbabwe.

Those few last days of December 2021 and the five first days of January 2022 were the last days I saw my beloved grandson relaxed, happy, and full of vigour.

On December 21st, when Priscilla and her attorney received Allen's letters, we were having dinner in Litchfield, Connecticut. We didn't know that at that very time, Priscilla was in the Middlesex Probate and Family Court filing a false complaint against Allen. In her complaint, Priscilla wrote that she was a resident of Massachusetts, that she lived with their children, that Allen kidnapped their son, and that it had already been more than twenty-four hours since she knew anything of the child's whereabouts. The Family Court judge without checking the facts gave her full temporary custody of ▮ and ordered the return of the boy to his mother. With this order, Priscilla went to the police station in Concord and filed the kidnapping report.

By the time the news reached Allen via email, we were in Quebec, enjoying the fairy winter days beautiful with falling snow, when ▮ learned to skate, days when he and Allen went on cross-country ski trips, the evening of ▮ playing his violin during the New Year celebration in a Canadian resort. Allen's Zimbabwean attorney told him that the temporary order issued in the foreign country wouldn't be upheld by the local court. On January 4th, we drove to Montreal, took the Covid tests, and the next day went to the airport to fly to London - our stop on the way to Harare.

We were sitting at the boarding gate: ▮ was playing with his iPad, Allen was working on his phone, and I was reading. This peaceful moment ended our lives as we had known it forever. I felt some movement and raised eyes from the page: ▮ was held by a strong woman above the bench looking down with a strange grimace on his face. On the floor was Allen - face down and hands handcuffed behind his back, five or six policemen sitting on him. I got up and took a step towards this nightmarish scene but was stopped by two heavy policemen saying, "One more step, ma'am, and you are arrested as an accomplice." I turned to ▮ to hug him and was stopped again, "No touching the child, or you are arrested." Somehow, Allen had the presence of mind to say to ▮ "All will be well, my love, it is a mistake." Somehow, ▮ had the presence of mind to say to his captor, "I need to take my violin with me" and took it. I was not able to say anything. I lost my ability to speak and was standing there watching both my boys being led away, Allen to prison, ▮ to a foster home.

After a few days in the foster care that ▮ still recollects as the best of that year, he was driven to the US-Canadian border and delivered to Priscilla. Allen's road to Massachusetts took longer: deportation from the Quebec Detention Center to the jail in Platsville, NY, then extradition from NY to Massachusetts. Thirty-five days altogether. After a night in jail and a morning hearing at the Concord DC, Allen was released on his own recognisance and came home on February 9th. The DA

had said that he was going to dismiss the case, but the court was busy and the hearing was postponed a few times; the date was to be August 4th, 2022.  On July 28th 2022, Allen was arrested. That opened case based on the false testimony deprived Allen of his right to bail.
After Allen's return in February 2022, Priscilla refused to allow him any contact with the children. Before Allen's return,  Priscilla prohibited ▮▮▮ from coming home even once. She was living already with another Zimbabwean family in Worcester, MA, and although she continued driving ▮▮▮ to school, she put an end to all his other extracurricular activities.

After Allen's release from jail in February 2022, Priscilla agreed to weekly video calls between Allen and the children but excluded me from their communication. She insisted that the only language Allen used was English and that both children participate, depriving ▮▮▮ of any meaningful communication with his father. Watching wistfully looking non-smiling ▮▮▮ on screen was heartbreaking; still, there was some comfort for them: they enjoyed singing with their father, listening to his stories, and watching the puppet shows he created for them every week.

Initiating Allen's arrest, Priscilla successfully prevented him from reaching Zimbabwe and resolving the paternity and custody issues there. Before the expiration of her American visa, she applied for an extension, and this allowed her to remain in the country. By February 2022, ▮▮▮ had been in the country for six months required for a child to become a subject of the local jurisdiction. Now the custody of both children could have been established by the Massachusetts courts. The problem, meanwhile, lay in the fact that waiting for the hearing could have taken a year and a half or even longer because of the post-Covid backlog.

The family judge allowed Allen's motion to appoint the Guardian ad Litem for ▮▮▮ and Allen paid the GAL the initial fee of $10,000.  Immediately,  Priscilla said that she wanted to negotiate a settlement. The fee returned by the GAL went to Priscilla as the first and last month plus a security deposit for the rental of an apartment. Allen agreed to pay an exorbitant amount as child support knowing that it was the only way for ▮▮▮ to be able to spend at least some time at home, with his dog and us. Allen's name on his daughter's birth certificate was part of the settlement, which became a court order on May 16, 2022.

In January 2022,  before I and the poodle returned from Canada to our empty home in Concord. I had received Allen's personal belongings, his phone, and his computer from the Detention Center. Now I had to answer countless phone calls and messages from Allen's friends and colleagues trying to get in touch with him. One of the people constantly messaging was Aleksey Kiselev, the name Your Honour knows from Allen's trial. I never met Mr. Kiselev. Like everybody else, he was bewildered by the fact of Allen's arrest, as everybody else he was asking rhetorically, "How can a father kidnap a son who is living with him?" (the same question asked by the judge at the Worcester Court in Massachusetts, yet another court where Allen's motion for paternity was filed. Like everybody else, Mr. Kiselev wanted to help. I remember him telling me that he had connections in the American government and that Priscilla should be deported for what she did.

Less than two weeks after Allen's release from jail, Russia attacked Ukraine, the country dear to us, the country where Allen lived, worked, and had many friends. The bombs falling on Kyiv, his friends fleeing, looking for help, his friends from Russia running away from the military draft - all these developments, however terrible, helped Allen to keep his sanity and his heart from breaking. He got involved in every possible war effort to help Ukraine and Ukrainians. But he couldn't travel

9

since the kidnapping charge kept him grounded, his passport held in the office of the court's clerk. (It is still there today).

Mr. Kiselev, who was living at the beginning of the war in Ukraine, and Allen started to collaborate on projects assisting Ukraine. Occasionally, I overheard their conversations about their work, but they talked about their families too - Kiselev had to evacuate his wife and daughter and worried about them. Allen spoke about his separation from ███ and his hopeless fight for ████████ They discussed the possible deportation of Priscilla. I didn't know the details of it, but once Mr. Kiselev told Allen that his contacts at the Immigration Ministry (I am not sure about the name of the organisation) checked Priscilla's and her sister's status, discovered that their visas were obtained illegally, and told him that, therefore, both women would have been deported before the end of April 2022.

By the end of April, Priscilla and Allen signed the settlement and agreed to the joint legal and physical custody of both children, ████ reunited with his poodle, visited his favourite stables, attended the fencing academy, and was to begin to return to his violin practice. ████████ stopped being afraid of ██████ dog, and Allen was happy and looking forward to developing his project for Ukraine; as for me, I joked that the misfortune that befell us helped me lose twenty pounds.

This was the end of May, the month when the undercover FBI ████████ first appeared on the horizon.

I think that the interpretation of the events presented by ████████ is a result of his professional drawback. The idea of murdering anybody whether it is expressed in code or in plain language and the knowledge that it doesn't cost much is so foreign to Allen's mentality that he would not have been able to even grasp or contemplate it. The fact that ████████ point of view has happened to be more comprehensible to the jurors than Allen's, that his interpretation didn't leave a space for reasonable doubt in their minds is a sad testimony to our times.

in June 2022, Allen was preoccupied with filling two huge aluminum suitcases with supplies of food and medications for five persons (Priscilla, me, himself, and the two children) that were supposed to help us survive for a couple of weeks, in case Putin't threats of using the nuclear weapons come true.

For Allen, Priscilla, no matter how wickedly she behaved, was foremost the mother of his children, and the only woman he really loved. During the winter of 2020/21, when Priscilla dedicated all her efforts to the smear campaign slandering Allen, he was accosted by journalists trying to get his reaction. At first, he declined to comment, but phone calls didn't stop, and Allen published a public statement, the main point of which was that, no matter what the facts are, he wants his children to grow up believing that they have the best mother in the world. He has never abandoned this position.

When the shared custody settlement was signed, Allen was happy and ecstatic. The settlement reflected everything he and Priscilla agreed upon three years prior, in June 2019, and the three years of nightmarish litigations in three countries seemed to end. Preparing for the children's stays at the Concord home, Allen moved to the living room and redid his bedroom into a charming room for ████████ her first own room with her first own bed, toys and a trunk of clothes. For a child who, during the three and a half years of her life, had lived in seven or more homes, twice was part of the

10

eviction, and spent time with her mother in prison, it might have been a nice step ahead.  Allen also hired a few student tutors to come daily and spend a few hours with her, teaching her drawing, dancing, and other things that his toddler girl had never been exposed to. Allen read to her for hours, another new experience for the little one, and together they were arranging a doll house.

During the first days of ███ homecoming, we noticed many signs of his regress. His speech patterns were poor, and his fluency in Russian - lame. ███ needed time alone in his room with the dog and frequently returned to the subject of Allen's arrest in Canada.  His recovery was slow, making sense of what had happened to him and of the future ahead wasn't coming easily. The pattern of his days in Concord was formed: a day and a night after arrival he seemed unsure and stressed, then a couple of days he would have become his former self, and then a night and few hours before departure he would have been moody, depressed and not wanting to leave. It was heartbreaking, but both Allen and I tried to lift his spirits and persuade him of the positive sides of the new arrangement.

I am writing this letter on July 28th, the first anniversary of Allen's arrest. That last week of July 2022, according to the custody schedule, ███ and ███ were to spend with their father. On July 26th we had a big celebration for ███ ninth birthday, and on July 27th, equipped with a tent and camping gear, we drove to Falmouth, MA, where my brother lives. A camping trip was ███ dream for a long time, but with little ███ and the short time available, Allen didn't want to venture too far into the wilderness.

We came to Falmouth, set up the tent in the backyard and had dinner with the family. Everybody was content but ███ He was more than usually moody, snapped back when asked if something was wrong, and didn't have an appetite. ███ and I left the table first - I wanted to cheer him up with a good bedtime story;  Allen with ███ followed a few minutes later. Both children fell asleep fast, and Allen and I were happy to hear their peaceful breathing, disappointed only that ███ day hadn't brought him the expected joy. ███ didn't wish Allen good night, an unheard-of behaviour for him. I believe now that ███ had a premonition of yet another disaster to come.

We were awakened at dawn by dog barking coming from the house. Allen went to check whether everything was all right. It was the last time ███ ███ and I have seen him.  A few of the FBI agents and police officers in full gear came to our tent a few minutes later and didn't allow us to go to the driveway. I was told to hand them Allen's phone,  to wake ███ and to prepare both children for their departure.  A social worker arrived shortly after and, accompanied by one of the police officers, took them away.

On July 28th, while the children were en route to her, Priscilla got a Restraining Order forbidding Allen any direct or indirect contact with them. On that very day, she moved into her newly rented apartment in an affluent Boston suburb and began to prepare for her holiday in Florida, where she travelled a few days later.

On July 28th, after an arraignment in the Federal Court and already from jail, Allen called me to say how worried he was about Priscilla being left without any financial means and suggested that I invite her to move into the Concord home so that we would be able to take care of the children together till  Allen's situation clears up.

11

On July 29th, I wrote a letter to Priscilla and found out that she was already living in a new apartment; I offered to help her financially for a few weeks before we both could figure out how and what to do. Priscilla accepted my offer, and allowed ███ to talk to me weekly after a money transfer. When we finally talked, on July 31st, ███ had only one thing on his mind: "Tell Papa how sorry I am that I haven't wished him good night. I love him so-so much. I am so-so sorry."

ONE YEAR LATER

<u>Lenna</u>

Ten months ago, I moved everything from our Concord home into storage, returned the keys to our landlord and became homeless. I have applied for subsidised senior housing and am waiting for my turn to come. For now, I move from one friend's home to another's and live mostly off the money generously donated by family friends. My own income comes from Social Security. I haven't seen ███ and ██████ since September 2022, despite the order that I obtained from the Family Court. The judge insisted that Priscilla and I come to some agreement. She agreed to the once-a-month supervised visits, twenty-minute bi-weekly video calls and me sending letters. My communication with children should be exclusively in English and exclude any mention of their father. Despite the agreement, I still haven't seen my grandchildren, and my letters and emails are not shown to them. The FaceTime conversations are the only chances for ███ and ██████ and myself to know that we are alive. ████ Poodle stays with me and pulls me towards every child his owner's size. With Allen I speak daily, I send him books and money so he is able to use the phone, supplement his rations and buy pads and pens at the commissary shop. I have lost another twenty pounds.

<u>Priscilla</u>

In May 2023, the day after Allen's guilty verdict, Priscilla received a Green Card and permission to work in the USA. In August 2022, Priscilla transferred ███ to a new school, took away his phone, and removed the messenger with all the contacts of our family friends from his iPad. She didn't permit ███ to come to Concord to pack his things. In April 2023, Priscilla moved to yet another new place but refused to give me the address, so it became impossible to send gifts or food for the children. Recently she provided me with a P.O. Box substitute address for letters. For ████ tenth birthday, I sent gifts to him at that address and told her that the package was at the Post Office. She didn't pick it up till now, already a week past his birthday. In her Instagram account and a newly created YouTube channel, Priscilla presents a version of her life story painting Allen as a monster and me as his crazy mother. She promotes these videos and posts, and they are available for the children to see.

████████

██████ birth certificate still shows Priscilla as a single parent; ██████ visa has expired, so now she remains in the country illegally. Allen, being incarcerated, can't proceed with her registration as his daughter, and her future and chances of legalisation and obtaining citizenship are completely unpredictable. ██████ seemed excited during our first few FaceTime sessions telling me about her kindergarten friends, blowing into her recorder, but then stopped appearing. Once,

during my conversation with ▮▮▮ she showed her smiling face and announced "Babalook, I don't want to go to your house again." Priscilla's alienation efforts are clearly effective. I don't worry about my granddaughter - she is a healthy and smart toddler with a strong personality who knows how to fight for whatever she wants. She barely knows Allen or me, so she doesn't suffer from separation. I have no doubt that, when Allen becomes an active presence in her life, he will be able to fill all the gaps that have been artificially created between them.

▮▮▮

For a year now, ▮▮▮ has been cut off completely from his former life. He lost his fencing and riding classes, his music, his friends and his coaches. He can't hug his dog, he knows nothing about Allen. Priscilla's efforts at alienation don't work with him, but the only protest he allows himself at the beginning of our bi-weekly FaceTime sessions is to say, "Show me the puppy and your room" and twenty minutes later, quietly, "I love you so so much, Babalook. I know how to wait." ▮▮▮ Russian is deteriorating fast, he has difficulty finding words. He stopped playing chess, reading and listening to music, which was one of his main pleasures. Art, theatre, museums became things of the past. He doesn't sing anymore. During our last FaceTime meeting he joked as a sad clown: "Babalook, I am so good now at playing Twinkle-Twinkle." During his recital in July 2021, ▮▮▮ played Bach and Beethoven. I don't know how much pain and loss a sensitive, compassionate and shy little boy can withstand. ▮▮▮ knows the truth and can judge people for what they are.

Allen

No shirt on his back, no penny to his name. No children to watch grow. No mother to see age. The only reminder of his former life sits among the trial Discovery papers - photos taken by the undercover FBI agents. His reputation is destroyed. His phone is in the Prosecutor's possession. His prospects of working as a lawyer again are bleak. He doesn't have a car or a house, and even his clothes won't fit him anymore. Allen writes letters to ▮▮▮ and ▮▮▮ letters that they don't receive. Allen reads and studies extensively, covering fields of knowledge he didn't have time to explore because of work and family responsibilities. He is writing a philosophical book for his and other children. He helps his fellow prisoners with legal advice. Even sports he practiced as a child - chess and basketball - happen to be most popular in American jail. He jokes that his life in prison would have been almost bearable if not for the constant concerns for his children's and my wellbeing.

Your Honour, after your clerk had read the guilty verdict and you had left your bench in Courtroom #8 on May 8th, 2023, the US Marshalls told my son to say his farewell to me and led him away. I was stunned and finally disillusioned. Whatever faith I had had in the fairness and justice of my adopted country abandoned me. The realisation that the decision I took in 1989 to ask for asylum in the USA was a mistake.

Allen's attorneys approached me with their words of comfort. I was responding to their words automatically till the moment when a young attorney asked whether I understood what I was told. I didn't. They explained then that the only thing I could do was to write you a mitigation letter and ask for leniency.

13

Almost three months have passed since, but writing this letter feels like an unbearable task. The fate of my beloved, their future won't be decided by my actions or by the unpredictable acts of God. It is now in Your Honour's hands.

Should I implore Your Honour for leniency for Allen's sake?

There is no explanation of what had taken place. I don't know who was and still is the real target of the FBI investigation. I don't know why Allen was caught in the FBI investigative net. I don't understand what goal ████████ was to achieve by trying to entrap Allen and turning a good man into a villain.

A detective in a novel begins his investigation with a question: Who is the beneficiary of the crime committed? I racked my brain, and I see two: a country and a woman. The country is Russia, it has benefited because anything Allen could have done to help Ukraine to win the war has been thwarted. The woman is Priscilla. She got sole custody of the children. Neither Russia nor Priscilla, nevertheless, could be really considered beneficiaries. Allen alone wouldn't have been able to win the war, but Ukraine will. Priscilla hoped that the sole custody would come with financial stability, but she never realised that whatever Allen earned he spent for all of us, not saved for himself. The role of Aleksei Kiselev is vague.

I don't have to be a detective to know who the victim is. There are four in this story: Allen, ████, ████ and I.

For almost fifty years, my son has been my best friend, my right hand, my supporter, the most interesting person to converse with. I respect him deeply. We differ in many ways, and we often disagree about the best course of action. Where I am radical, he is temperate. Where I want to fight, he wants to wait over. He is always tolerant and he is never vindictive. When I say that people should be punished for their malice, he explains it as human follies. He is an optimist, and he believes that good triumphs in the end. When he was a toddler, my childless then friends borrowed him to go for a vacation. I was envied by them since they had become parents themselves. Allen is the best son in the world and a wonderful father to his children. Allen is a mensch.

Would a lenient sentence be good for him? Would he use it to get back on his feet once again becoming a pillar for all of us? Certainly! Do I believe that beseeching Your Honour for leniency is the right thing ask for? No, Your Honour. Instead, I plead for Justice for my son.

Should I implore Your Honour for leniency for my own sake?

Growing up and living behind the Iron Curtain, I believed in this country as the land of fair opportunities and honest cops. I imagined it as it was shown by Hollywood: "Twelve Angry Men" and "Kramer vs. Kramer" fed my dreams. It took three decades and first-hand experience to learn that the "best interest of the child" is an empty slogan, that the jurors in real life are different from the screen characters, that the working methods of undercover agents have nothing to do with honesty. I was naive and idealistic, and because of it, my beloved son is in jail. If Allen is released from prison sooner rather than later, my "golden age" would be more comfortable, and my existence would be easier. I wouldn't worry about food and shelter, I wouldn't have to face the doctors and sickness alone, I would enjoy the company of my son and grandchildren. I plead, Your Honour, to stand up for my son and let justice prevail.

14

Should I implore Your Honour for leniency for the sake of my grandchildren?

The answer to this one is unequivocal: leniency, justice, and fair play. Nobody needs it more than ten-year-old ▮▮▮ Gessen. The harm done to him, the traumas he has experienced and lives with, the conditions stricter than those his father in jail endures, the lack of support and any clarity: none of it could be undone, all of it in one or another way will produce negative long term consequences and will affect his whole life. Nothing can be undone, but some of the remedies and restoration are still possible. Alas, none of them will be available to ▮▮▮ if Allen is not free.

I can contemplate justice and my own mistakes, but for the children, the pondering and conclusions will come later. Now they only need their father, his love and protection, his strength and support, his knowledge, his cooking, his sense of humour, and, to a very high degree, his earnings.

Your Honour, on behalf of ▮▮▮ and ▮▮▮▮ Gessen, I beg, I implore, I plead, I beseech you to do everything that is in your power to reunite Allen with his children as soon as possible. I put all my trust in you.

Sincerely,

Lenna Gessen

▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮

15

# EXHIBIT B

**EXHIBITS IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT JUDGE JACQUELINE SCOTT CORLEY

San Francisco Courthouse, Courtroom 8 — 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102

From: Dr. Tatiana Akivis



Your Honor,

I am writing this letter out of a many-year friendship with Allen Gessen and his family. This friendship began in 1946, when my parents, Max Akivis and Lyudmila Goldstein, met Esther Gessen, Allen's grandmother. They remained close friends to the end of their days. Suffice it to say that my father and Allen's grandmother (they were both born on the same day) celebrated their 90th birthday together in Jerusalem in 2013. Allen was the master of ceremonies at this celebration, and he showered all the participants, family, and friends with his warmth and love.

The friendship between our families has lasted three generations despite the distances separating us: Allen and his mother moved to the USA in 1990.

Allen's mother, Lenna Gessen, is my close friend, Allen is friends with my daughter, Maria Leibenzon.

 I've known Allen since he was a baby.

He grew up in a highly cultured and intellectual family that valued friendship and mutual assistance, rejoiced at achievements of relatives and friends, and helped them in difficult life situations. And so, as an adult he retained this understanding of the value of relationships.

He has always been a wonderful son and grandson, always close emotionally to his mother and grandmother. When the grandmother got old, he invested a huge amount of effort

and money to make her life comfortable and, moreover, he reconfigured his own life, transferred his work to Russia and moved to Moscow to be with her, help her with everything and offer moral support.

His grandmother, unfortunately, is no longer with us, and his current separation from his mother causes only pain and rage in everyone who knows them well. It's scary to even imagine what they themselves are experiencing.

For more than 20 years, he had supported financially and emotionally the family of his uncle, his mother's younger brother, who found himself in a difficult life situation due to his wife's serious illness. Now they are deprived of that support.

It is no wonder that Allen became a wonderful father to his two children. It is simply impossible to produce an account of just how much time, love, and effort he had invested in their upbringing until his right to be in contact with them was taken away from him. For the children, separation from him means a loss of the whole world of love and the culture that he, by virtue of his education and upbringing, can provide them.

From the very beginning of the war in Ukraine he used his funds to purchase the necessary equipment for the Ukrainian army. This subject was especially close to him, since he worked for many years in Ukraine, in Donetsk, creating there a supermarket chain Brusnitsa, and making a considerable contribution to the city's becoming prosperous. In 2009, for his work there he was awarded the title of Ukraine's Best Young Entrepreneur. It is even more unbearable for him to hear about the tragedy that is unraveling there now. He was ready to continue doing everything in his power to stop it. He is deprived of this opportunity as well.

It's hard for me to correlate the allegations to someone I've known well throughout my whole life. The fact that he has been separated from his mother and children is in itself a miscarriage of justice and a huge tragedy for the whole family. Not only his family, but many people and projects who are in dire need now have lost his participation and support. Joining me in this letter is my daughter, Maria Leibenzon (46), who has known Allen since infancy, and her husband, Oleg Iglin (50), who has known Allen for over 25 years.

Your Honor, I appeal to you with an earnest request to be lenient and allow Allen Gessen to return to freedom and normalcy as soon as possible.

Sincerely,

Dr. Tatiana Akivis


About myself.

My name is Tatiana Akivis.

I was born in Moscow in 1952.

I worked for Shirshov Institute of Oceanology, Russian Academy of Sciences.

I hold a PhD in mathematics and physics, I am a senior researcher and lecturer.

In February 2022 I immigrated to Israel because of Russian invasion of Ukraine.

I hold both Israeli and Russian citizenships.

I am a widow. I have a daughter and three grandchildren.


Sincerely yours,

Dr. Tatiana Akivis

████████████████████

████████████

# EXHIBIT C

**EXHIBITS IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

District Judge Jacqueline Corley


Dear Judge Corley,


I hope this letter finds you well. My name is Nikolay Alexeev, I am a 43-year-old management consultant, originally from Russia, now settled in Peetri, Estonia. I am a dedicated family man with a loving wife and two children. My professional trajectory saw me relocate first to Ukraine in 2006 and eventually to Estonia, where I live now.


I am writing this letter regarding Allen Gessen, a close friend whose history with me extends beyond 16 years. We first met in 2006 in Donetsk, Ukraine, where we were both involved in an ambitious project to establish one of the largest retail chains in the country. As the Chief Executive Officer, Allen was driving the project while I handled supermarket chain management. Upon his exit, I had the honor of assuming his position. We participated together in several consulting projects for big corporations afterward.


Allen's multifaceted knowledge and business acumen never ceased to impress me. He consistently demonstrated an aptitude for steering businesses toward success, maintaining an unfaltering respect for ethical boundaries. Beyond the sphere of work, Allen soon became a cherished friend and a wise mentor whose guidance has been invaluable.


With his legal background and an inherent curiosity for intellectual debate, Allen has consistently embodied a solid moral compass. He has underscored the importance of lawful conduct, vehemently opposing any business shortcuts that could potentially violate legal norms. His actions, in his professional and personal life, reflect an unwavering commitment to the principles of non-violence. For example, he used to humbly brag that he had never had a violent physical fight during his lifetime.


An incident at a McKinsey alumni gathering, where Allen was unwittingly assaulted, offers insight into his inherent non-violent stance. Despite the unprovoked attack and subsequent injury, he opted for peace and discretion over retaliation or legal action. Allen decided not to punish the attacker, despite being in great physical shape and having the advantage of being sober. He saved the party by not letting it slip into a messy brawling and dealt with the situation in a most delicate and intelligent manner. Furthermore, he decided not to prosecute the person criminally afterward, having all the means to do it, leaving the reprimanding to the attacker's friends and family. In my opinion, this incident

underscores his ability to resolve conflicts amicably, demonstrating his non-violent nature and respect for social decorum.

In the realm of personal relationships, Allen's love for his family stands unparalleled. He is exceptionally devoted to his mother and children, wholeheartedly providing emotional and material support. The same level of affection and empathy extends to his friends, colleagues, and associates, making him a reliable source of friendly advice and support.

One cannot fail to notice Allen's enthusiasm for supporting and promoting young talent. He has shown unrelenting commitment to their development, whether managers, entrepreneurs, or artists. I am privy to many instances where lives have been positively transformed through Allen's mentorship, guidance, and support. His profound influence on these individuals is a testament to his ability to inspire and lead.

An episode that further underlines Allen's compassionate and committed nature relates to his relationship with his pet, an Old English Sheepdog. Upon the dog falling gravely ill, Allen dedicated himself to nursing it back to health. His extraordinary efforts ranged from meticulously searching for the best veterinary clinics to countless hours caring for the dog and researching potential treatment options, combining it with his demanding workload. I was astounded by the amount of effort, discipline, and love Allen put into this poor animal. When all gave up on it, Allen persisted for more than a year. Ultimately, his dedication resulted in the dog surviving and enjoying a high-quality life after that.

The news of Allen's arrest and subsequent charges from the press release and his mother left me in utter disbelief. The allegations seem entirely disconnected from the character of the man I have known and respected for over a decade. Allen's life has been characterized by care, intelligence, and non-violence. The idea that he could be involved in such charges seems starkly inconsistent with my understanding of his character.

In conclusion, I genuinely believe that Allen's attributes and contributions to society underscore the value he can provide outside the confines of a prison cell. His familial responsibilities and the support he extends to those around him further augment this belief. I trust the justice system and its ability to evaluate this situation in a fair manner. Thus, I ask you to consider leniency in your sentencing for Allen Gessen.

Respectfully,

Nikolay Alexeev.

# EXHIBIT D

**EXHIBITS IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM**

Judge Corley

Good afternoon. My name is Anikeeva Tatyana Vladimirovna, born in 1978. I am a doctor, professor of the Department of Internal Medicine, Doctor of Medicine and Philosophy. Now my family and I live in Montenegro because of the hostilities in our country, in Ukraine.

 Sorry that the letter is in Russian, but my English is not good enough to explain myself and express all my feelings. Today I learned that Alexei Gessen is under investigation, that he is accused of trying to hire a killer for his ex-wife. In my head, this looks like complete absurdity, because Alexey has always preached life as the main value. These are not just words.

We met about 20 years ago in the city of Donetsk. At that time, I was a novice cardiologist, and it was he who helped the patient (financially, morally) who needed urgent heart surgery. he was directly involved in its transportation to Kyiv, in determining the best cardiosurgical center. Aleksey was confident and calm, and this inspired all the patient's relatives. Everything went well. Subsequently, we met on health issues of Alexei's relatives and his friends. I advised him on the state of health of my grandmother, who at that time lived in Moscow. You could say that I became a family health consultant.

In 2014, when hostilities began in Donetsk, my son and I moved to Kyiv. Alexei was on a business trip there at that time. We met like good old friends. I learned about his family problems, about ways to resolve them. I know how Alexey tried to settle everything. He loves his children very much and treats their mother with respect. Despite my problems, Alexey helped me decide to change my life, suggested how to act correctly in a crisis situation. We discussed the possibilities of private medicine, he was even ready to sponsor a healthy sleep project. Thanks to him, I accepted the offer of the largest private medical company to become a director. Up to this point, I had always worked at a medical state university and clinic. It seemed to me that private centers are not for long, it is not stable in Ukraine. Alexey assured that private medicine all over the world is in the forefront of both science and treatment.

So I am grateful for the advice that gave me stability until today. If we talk about the family, then you will not meet a person who is so careful about family traditions and values. We were just friends, but I knew how Alex loves and honors his women (mother, grandmother, and wife). I saw many photos of a happy family life. Unfortunately, then disagreements began, but not once did I hear insults towards Priscilla. For him, she is, first of all, the Mother of his children, and in order for the children to be happy, Alex was ready to sacrifice his feelings. He continued to admire her beauty, her business qualities even

after the divorce. Very kind, sympathetic, intelligent, calm, able to teach and suggest. Good qualities for a father.

 The last time we saw each other was 2 years ago in Kyiv. All the talk was about the family, about mom, about children, about education and plans for a happy life. I really hope that in the United States the justice system will find an opportunity to translate my letter and it will shed some light on the qualities and character traits of a person.

 To help others, sometimes to the detriment of one's own financial interests, to help when everything seems hopeless, to help because they are asked - these are the qualities of this person.

 - Sincerely. Anikeeva T.V.

*Translated from Russian by San Francisco Federal Public Defender Office*

# EXHIBIT E

**EXHIBITS IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM**

Mirijam Aulfes



Mirijam Aulfes, Kaulbachstr. 85, 80802 Munich, Germany

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF CALIFORNIA
District Judge Jaqueline Corley

Munich, June 23rd 2023

**Letter of Leniency on Behalf of Allen Gessen**

Dear Judge Corley,

I am writing to you on behalf of my dear friend Allen Gessen. I would kindly ask you to exercise leniency if the case proceeds to sentencing on September 27th.

Having read the United States Attorney's Office (Northern District of California) Press Release of May 10th 2023, I am deeply aware of the gravity of the circumstances and the weight of the decisions that lie in your hands, which is why I felt compelled to offer my perspective and support.

First of all please allow me to provide you with some background information about myself. I am a 50-year-old woman, happily married to a German lawyer, and proud mother of three wonderful children. Although I hold a Bachelor of Science degree from Babson College, MA having graduated at the very top of my class in 1996, I have dedicated myself to being a devoted housewife and nurturing my family.

Throughout my life, I have strived to maintain a law-abiding and responsible demeanor. I have never been involved in any felonious activities and have consistently upheld the values of honesty, integrity, and respect for the law.

I share this information with you to provide context and offer insight into my character. I hope this sheds light on who I am and the values that guide my actions.

I met Allen (the accused) approximately 25 years ago when I first came to the United States faced with numerous challenges and uncertainties in this (to me) foreign country. From the moment we crossed paths, I have been fortunate to experience Allen's unwavering support, guidance, and friendship. During this difficult time he extended a helping hand, offering enormous assistance

without hesitation. His help and support were instrumental in helping me settle into a new and unfamiliar environment.

Beyond practical matters, such as providing advice on navigating bureaucratic processes and understanding cultural nuances, Allen also played a pivotal role in helping me master the English language. His patience, encouragement, and willingness to dedicate his time to helping me improve my language skills were invaluable.

He shared an apartment with his mother at the time and they frequently invited me to their home for dinner, taking pity on the lonely girl from Germany. Not only did they feed me but they also jointly set out to help me improve my English skills: they recommended books to me and discussed their contents with me afterwards. Both, Allen (and Lenna Gessen), have always been kind and caring towards me – a constant source of strength during times of loneliness and hardship.

Allen supported me all through my college years, but even afterwards he was invaluable to me providing advice on personal as well as business matters when I was able to secure a job at C.F.G.W., a consulting firm with the automotive industry that operated out of Concord, MA back then. It was him I turned to for advice on where to apply, what to write in my resume and what health insurance to choose.

When I met my husband and decided to move back to Germany, he also supported me. I trusted him so much that I even left my most valuable belonging at the time – my almost new car – with him. He had offered to sell it for me and wire me the money. Which he did. He even managed to get an especially valuable deal for me and sent the money to me without any deductions. He did not ask for anything in return. Just that we stay in touch – which we did.

The bond between the accused and me has remained steadfast over the years. Despite the passing of time and the various paths our lives have taken, we have made a conscious effort to stay connected: Allen has visited my family in Munich, Germany several times over the years. We even had the opportunity to get to know his wife Priscilla and his wonderful son ▇▇▇▇ On these occasions, Allen has shown to be a patient and caring father. I have never seen him loose his temper or even raise his voice against his son or wife. Quite to the contrary he always had his children's best interest in mind constantly wondering about which activities to offer them and what might help them grow, whether it be playing an instrument or what sport to engage in: in ▇▇▇▇ case it turned out to be foil-fencing. Allen and I proudly exchanged videos of our children's sports activities, ▇▇▇ fencing while my youngest daughter Laetitia, slightly older, is a competitive figure skater.

On one occasion he even agreed to take care of our apartment in Munich while we had to go abroad. Needless to say, he took the greatest care of our belongings – I had expected nothing less. He is one of the most trustworthy and reliable persons I have met in my lifetime.

Throughout the years, we have shared countless milestones, supporting one another through the ups and downs of life. We have celebrated the joys of starting families, witnessing the arrival of children and the fulfillment but also sorrows that parenthood brings. Specifically, he has shared with me the tremendous worries he had to go through when ▇▇▇ was born so prematurely that it was uncertain whether he would make it. As far as I can tell Allen unconditionally and completely

supported his new-born child and its first-time young mother. The first pictures of his young family that he dared share with me show the tiniest of babies lying on his hand (!).

Over the years I have also witnessed what a caring and responsible son he was and still is to his ageing mother, always considering her well-being and wondering where she might find suitable living conditions and how to accommodate her so that she might be comfortable. With her happiness in mind, he frequently let her come along on business as well as leisure trips. I cannot even begin to imagine what life might be like for Lenna now that she has to face it without his support.

In conclusion, the relationship between Allen and myself has been characterized by an enduring commitment to one another's well-being and growth. Even though we have mostly lived in different countries if not on different continents after haven graduated from college, we have taken part in each other's lives through personal visits, phone calls, email and social media. Allen's presence and involvement have been instrumental in shaping the person I am today.

It is my sincere belief that this enduring relationship speaks to his character and values, demonstrating his capacity for compassion, loyalty, and the ability to positively impact the lives of those around him. His mother and not least his children would be so much better off WITH him around than without. I kindly ask that you consider this when making your decision with regards to the sentence to be imposed.

Thank you for taking the time to consider my perspective. I trust in your wisdom and judgment to make a fair and compassionate decision. If you require any additional information or have any questions, please do not hesitate to reach out to me. I am more than willing to provide any further details that may be helpful in your deliberations.

With sincere respect and gratitude,

Mirijam Aulfes

**Enclosure**

# EXHIBIT F

**EXHIBITS IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM**

To: UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
District Judge Jacqueline Corley

From: Olga Bahlmann

███████████

July 11, 2023

Dear Judge Corley,

My name is Olga Bahlmann, I am writing to you as a character witness for Allen Gessen, who is facing sentencing for the charges of attempted murder for hire. A resident of Brookline, MA, I am a 44-year-old management consultant and a mother of two children. I have known Allen Gessen since 2014, when we worked together as consultants for an insurance company in Moscow, Russia. I have witnessed his professional skills, personal integrity, and humanitarian values over the years, and I respectfully ask you to reconsider his conviction.

Allen is a well-educated, intelligent, and worldly individual, who has earned the respect and trust of his clients and colleagues. He has led several projects for financial institutions in Russia, helping them fight corruption and insurance fraud, often involving criminal activity by insureds. He has also been involved in various social and environmental ventures, aiming to make a positive change in the world. He is a visionary leader, a creative thinker, and a generous mentor.

Allen is also a devoted father and son, who cares deeply for his family. I had the opportunity to meet his two children and his mother in July 2022, when they visited my vacation home on Cape Cod, MA. I was struck by how close and loving they were, how involved he was in his children's upbringing, and how supportive he was of his mother. He showed genuine interest and kindness to my family as well, and shared his insightful advice on my own business venture.

Allen has also been a loyal friend and a compassionate human being. In 2019, I faced a professional crisis due to a change of company's leadership. Allen was one of the few people who stood by me, offered his unconditional support, and helped me resolve the situation in my favor. I am forever grateful to him for that generous act of empathy and solidarity.

I do not believe that Allen is guilty of the charges that he has been convicted of. I do not know the details of the trial or the evidence that was presented against him, but I do know that he is not a cold-blooded killer or a reckless monster. He is a complex human being, who has always acted with honesty, integrity, and responsibility. To the best of my knowledge, he has never shown any signs of violence or aggression towards anyone. He has always respected the law and the rights of others.

I respectfully ask you to take into account Allen's character, achievements, and track record when deciding his sentence. I believe that he deserves a fair and impartial trial that will clear his name and restore his dignity. He is a valuable member of society, who has contributed to the

common good in many ways.

Thank you for your time and attention.

Sincerely,

Olga Bahlmann

# EXHIBIT G

**EXHIBITS IN SUPPORT OF
DEFENDANT'S SENTENCING
MEMORANDUM**

Warsaw, Poland, 07/13/2023

Name:  Dorota Burska
Age: 65
Race: White
Religion: Catholic
Nationality, citizeship: Polish
Adress: █████████████████████████
Occupation: phililogist, interpreter, translator, high school teacher

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**District Judge Jacqueline Corley**

**LETTER OF SUPPORT  FOR ALLEN GESSEN**

**TO: THE HONORABLE JUDGE JACQUELINE CORLEY**

I met Alexei Gessen, (Alosha  for me) when he was 13 years old, more than 35 years ago. Since then, I have had strong ties of friendship with this family, especially with Lena Gessen, Alosha's mother. I also got to know and greatly appreciated Mrs. Estera Gessen, Lena's mother, Alosha's grandmother, an acclaimed translator of Polish literature into Russian, and her son, Alosha's uncle, Lonya, as well as relatives of the family living in Warsaw. They were all repeated guests at my home in Warsaw, and I visited them in Moscow and other places in Europe where they lived periodically. I also met, of course, Alosha's son ████ and his mother Priscilla. This is a long-standing, deep friendship between the two families, including my son and my parents.

The situation Alosha finds himself in now is a great, personal, incomprehensible tragedy for me, especially since I have watched this boy, then young man and man all these years with love and admiration for his many wonderful character traits and his utmost commendable commitment and dedication to taking care of his family and friends. He was an exceptionally devoted and loving grandson, son and father. The bond between him and his grandmother, mother and son is one of the exceptional ones, and I witnessed it directly for several decades.

Thanks to his intelligence, education, experience and hard work, Alosha's life had broad prospects, which are now in ruins, but this is not the biggest problem at the moment. In terms of personal life, conflict between parents almost always reflects fatally on the fate and well-being of children, and that's what happened this time.

Everyone makes mistakes, and in no way do I approve of Alosha's actions to facilitate his contact with his son by extra-legally influencing the deportation of his mother. However, I am unable to believe that Alosha Gessen's intentions could have been more sinister. This is contradicted by his entire life to date and everything I know about him. Leaving aside the repressive and educational dimension of the punishment, which is obvious to me, I find no benefit to society, to his children or to the other members of Alosha Gessen's immediate family from depriving him of his liberty for a long period of time, which is the punishment he is currently facing. I am sure that the lesson he has taken away so far has already proven to be extremely harsh.

I would like to ask you from the bottom of my heart, Madam Judge, that, in imposing the measure of punishment, you take into account the testimony I have given and show generosity in making a decision that will have such a great impact on the future life of Allen Gessen and his family.

Thank you also for taking the time to read my letter

Sincerely,

Dorota Burska

Dorota Burska

# EXHIBIT H

**EXHIBITS IN SUPPORT OF
DEFENDANT'S SENTENCING
MEMORANDUM**

EXTERNAL SENDER
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
District Judge Jacqueline Corley

Honorable Judge Corley,

I hope this letter finds you well.

I met Mr Allen Gessen in Zimbabwe at Wild is Life (a wildlife sanctuary for orphaned animals run by our family) in 2016. He has become a dear friend of mine and of our family. He is a huge part of the reason that I met my wife and have started my own family, which is the most important and special achievement of my life. We met over a mutual love of Zimbabwe, it's people and it's precious wildlife. Allen has become a very close friend to our whole family.

 Allen is extremely kind, he is generous and gives endlessly of himself to his family and friends. He has been a mentor and friend to me, my wife and my brother. He has been extremely loyal to his own family making huge sacrifices to provide for them. He is very respectful of women and is extremely loyal to his mother who, like Allen, is also an exceptional person. He has shown my own mother and my wife impeccable manners and deep respect, a true rarity in today's age.

Allen has done countless good deeds, I will list a few examples I have been personally affected by:
Firstly he has been a great supporter of my wife in her personal journey and endeavors, including supporting her to move to Zimbabwe and start a new life and family with me. Allen has provided other mentorship, advice and encouragement to her in ways that have been extremely valuable, both in her professional and personal life.
Allen has actively mentored my brother, Forbes Danckwerts for many years, in both pursuing and developing his career as well as finding balance in his personal life. Allen has shown patience and kindness and my family is deeply grateful for this.
Allen has been a great mentor to my mother, Roxy Danckwerts too, helping her to navigate difficulties in her work of orphan elephant rescue and rehabilitation. He has helped her to manage crises to do with personal injury and danger as well as severe trauma and loss.
He even has gone further in that when a purpose built swimming pool was urgently needed to be built for a badly injured elephant, Allen was the first person to come forward and support the building of this pool. The pool still exists and has been hugely beneficial to many other elephants who have serious injuries and are undergoing rehabilitation for preparation for the return to the wild.
These are just a few examples of how Allen has shown deep and genuine kindness and generosity to those in need, in a selfless and compassionate way.

Allen Gessen, as I have described in a brief summary above, is characterized by being a highly intelligent person, with an enormous depth of character with an exceptional amount of kindness and compassion. He is extremely loyal to his family and friends. He is also very patient with all people and gives of himself.

His kindness, generosity, intelligence and compassion are in complete contradiction to the verdict that I have heard about.

I am well aware that he has faced some challenges in his marital life, however I know that he has worked through these challenges with kindness and respect. By all accounts from what I had heard the challenges were behind him and he was looking forward to moving on with his life and continuing to work hard to provide for his family.

Allen Gessen is an intelligent, kind, hard working man. There is absolutely no way he would knowingly commit the crime he is accused of.

I am terribly concerned for Allen's family with regards to this verdict. As I have described, Allen is extremely important to many people in this world. He is a pillar of stability and sanity in a world fraught with confusion and uncertainty. I worry deeply for Allen's mother Lenna who, like Allen, is extremely kind and loyal. She is suffering because of this. Equally worrying is that Allens beloved children are without their father who loves them both so much and is crucial for them to live a stable and secure life. I even worry for Allen's ex wife and mother of their children Priscilla who is the mother to two young children and will now have to raise and support them alone.

I am deeply disturbed that such a good person, who has done so much for so many people, has been accused of this crime. I have no doubt in my mind that there is no real truth in this and it has been the result of some terrible misunderstanding or miscommunication. It pains me to write this knowing that such a good man has been deprived of his freedom and that his children will sleep alone without their loving father for yet another long night.

I appeal to you for your mercy and kindness. Allen Gessen is needed in this world. By his family, his friends and all of those who have been touched by him.

I beg of you to please show him mercy. He is a good man and is needed and loved by many. He has so much more to offer the world and the world and society is not the same without him living freely and helping so many people to live their best possible lives, most of all his own family.

Please do not hesitate to approach me for any further information, I will be happily obliged to do anything possible to help Allen reach his freedom. I hereby testify that all I have written in the letter above is true. I hope and pray that the truth will prevail and that this special man will have freedom soon and be back with his family to continue to protect and provide for them.

Yours sincerely

Jocelyn Danckwerts

# EXHIBIT I

**EXHIBITS IN SUPPORT OF
DEFENDANT'S SENTENCING
MEMORANDUM**

EXTERNAL SENDER
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
District Judge Jacqueline Corley

Honorable Judge Corley,

I hope this letter finds you well.

My name is Olia Danckwerts, I was born in Russia to a family of scientist parents with whom I travelled a lot and for the last 7 years I have been living in Zimbabwe with my husband Jocelyn Danckwerts and our two children, Noah, aged 5 and Luka, aged 5 months. We have met thanks to Mr Allen Gessen, a fact to which I will come back later in my letter.

I met Mr Allen Gessen in London, in 2013.  My close friend knew him since a long time and introduced us - what was a social gathering soon transformed into a long lasting friendship between us and later our families. Allen is more than a friend, I truly consider him as my older brother, who would always give a hand of support and would come to the rescue during hardest times.

 Allen has the biggest heart and often cares more about others than himself. I knew many people, who would turn to Allen in time of distress and he never refused to help. The biggest love, however, that I witnessed in Allen has always been towards his children and his mother. She raised him as a single mom, working incredibly hard to provide and raise him as a good man that he is today - very well mannered, educated and kind. Being a Jewish man, the notion of mother in itself is sacred for Allen, that being one of the many, many reasons he would never been able to commit the crime that he's been accused of.

Allen is an incredible father himself, I will never forget the way he was taking care of little ███████ when I first came to visit them in Zimbabwe. His eyes were filled with pure love and sparkled with joy.

Allen has an amazing quality of making people feel safe and reassured. In 2014 I've started having serious panic attacks due to my stressful work environment at the time and had to be taken into emergency rooms and hospitalized on a few occasions. Allen helped me enormously by arranging for me to see the best doctors both in Berlin and Moscow - without me ever asking him to do so. Shortly after, he introduced me to Zimbabwe, which now became my home, and it's people, including my husband and his family - they manage a non profit wildlife sanctuary for orphaned animals and all these years Allen has been a great supporter of the project - both moral and financial.

Through these years of knowing Allen, I became incredibly fond of his mother and I am deeply concerned about her future in case Allen has to go to jail for the crime he never committed. As for his children, although they do have their mother to look after them, I highly doubt they will

be receiving the same level of attention and education, not to mention a father's love without Allen by their side.

I appeal to you for your kindness and understanding - Allen Gessen is much more needed in this world rather than in jail. He always tried to make this world a better place, a true altruistic human being, always ready to help and always with a reassuring smile on his face.

I remain at your disposal should you need me for any further information - anything to help Allen remain a free good standing citizen of this world. I hereby testify that all I have written in the letter above is true.

Yours sincerely

Olia Danckwerts



# EXHIBIT J

**EXHIBITS IN SUPPORT OF
DEFENDANT'S SENTENCING
MEMORANDUM**

To: UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

District Judge Jacqueline Corley

From: mr. Drovosekov N.,

Good afternoon, dear Judge, Jacqueline Corley!

Your Honor, as far as I know, you are currently considering, among others, the case of Mr. Allen Gessen regarding his attempt on the life of his wife Priscilla.

Of course, I do not have any details about the investigation of the crime incriminated to him. However, I would like to say a few words about him as a person who had a significant impact on my personal life and professional career. Perhaps, in this way, You will have a little bit more opportunity to compare the image of this person with the accusations made against him.

I met Mr. Gessen a little less than 10 years ago, in 2015, when he came as an engaged anti-crisis Consulter to our large Financial Group "UralSib". In other words, he came to lead the process of saving a loss-making company. Of course, in such a situation, mass layoffs of staff and other unpleasant decisions often occur. At that time, I held a high position in this organization (the Head of Claims Dept.), despite my rather young age by business standards. Nevertheless, I was surprised by the humanity with which Allen and his team approached this task. He understood all aspects and subtleties of the company's Staffing structure and personally for almost every one of more than 1,000 employees, and instead of callous staff reduction, he, together with the participation of my internal team, implemented an extremely targeted optimization program that led to the salvation of not only the company, but also the majority of employees, behind each of whom were families and children. Having experience of anti-crisis projects, it was the first time I met such a humane attitude to the implementation of such a task.

And so fate decreed that from that moment on, my professional career and private life developed together with Allen Gessen, since he invited me to cooperation. Over several years of working together, we have jointly implemented a number of similar anti-crisis projects, and I was always struck by his humane attitude to this work and to the many thousands of employees of the companies where we worked.

As I said, in addition to professional relations, friendly contacts were also established between us. He got to know my family and children, I learned a lot of information about his family and got to know them: mother, spouse, children. I always saw his warm relationship with his wife and I was always surprised by the care and attention to the details that he showed towards his wife (for example, despite a busy work schedule, he constantly called her a taxi at the first request of his wife, ordered couriers to deliver shopping and food, etc., despite the fact that

these simple everyday tasks are so easy to do on your own. It was even the subject of humor on the part of us, as his colleagues and subordinates).

In addition, I would like to note that communication with Mr. Gessen also created a special value for me, because I treated him as a mentor, thanks to the advice and important life recommendations that I received from him periodically. Thanks to this, I was able to expand my professional boundaries beyond the core industry (finance/insurance) and began to gain knowledge about other industries, which helped me significantly improve my professional prospects.

Of course, I could tell various small stories and facts for a long time, given my almost 10-year acquaintance with mr. Gessen, but it would take more than a dozen pages of text.

But I just want to add that when I first heard about the accusations against Allen, I could hardly compare them with all the above information about my experience of working together and friendship with him.

In this regard, I sincerely hope for a comprehensive and fair investigation and verdict against mr. Allen Gessen.

Sincerely,

Mr. Nikita Drovosekov,

citizen of Russia / citizen of Israel,

35 years old,

married, have two children



July 13, 2023

# EXHIBIT K

**EXHIBITS IN SUPPORT OF
DEFENDANT'S SENTENCING
MEMORANDUM**

EXTERNAL SENDER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

District Judge Jacqueline Corley

July 23, 2023

Your Honor,

The day I met Allen in late 2020 changed the course of my life. I was a lost 20-year-old, suspended from the University of Notre Dame. My dreams of becoming a scientist felt crushed. Allen saw my potential when no one else did. He welcomed me into his home in Boston, helped me move in, and even paid me. At EE-Farm, he gave me real work that made me feel I had a purpose again.

Over long days and late nights over home-cooked meals, Allen mentored me not just in business but in life. With Zen-like patience, he explained concepts until they clicked. When I made mistakes, which was often, he gently showed me where I went wrong and coached me through improvements. His humble spirit encouraged me to open up and ask questions. I blossomed under his wisdom.

After 7 life-changing months alongside Allen, I found the courage to start my own company. Like any young ambitious founder, I didn't get it right the first time. It took 2.5 years to get anywhere. Today I run a startup that wants to fix the same problem. It was accepted into Notre Dame's prestigious accelerator program. I've raised funding for another start-up, hired teams, trained teams, and now coached other founders as a Coach for Alchemist Accelerator's cohort this year!

None of this would have been possible without Allen, who lifted me out of hopelessness and set me on a trajectory toward purpose. He inspired me by example - working tirelessly for his family, greeting every challenge with resilience, and always finding time for acts of quiet generosity.

I witnessed this generosity firsthand in his care for his son ███ The tutoring, music lessons, and fencing coaches Allen provided shaped ███ into a talented, intelligent, and kind young man. When I saw them together, there was only light - inside jokes, pride in each other's accomplishments, pure love.

The man described in these articles bears no resemblance to the Allen I know. The mentor who changed my life is no villain. He is a patient teacher, a humble leader, and above all, a loving father. I owe him more than I can ever repay.

All the best,

Mark Evgenev

# EXHIBIT L

**EXHIBITS IN SUPPORT OF
DEFENDANT'S SENTENCING
MEMORANDUM**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
District Judge Jacqueline Corley

Character Reference for Allen Gessen

Honorable Judge Corley,

My name is Alexandra Gessen, I'm currently living in Israel with my husband and two kids. I'm working as a Senior Software Developer at General Motors. I'm writing to you on behalf of my cousin, Allen Gessen, my very much beloved cousin. As someone who has known Allen for as long as I remember myself, I feel it's important to provide some insight into his character.

From the moment I heard that there would be an opportunity to write a letter about Allen, I instantly knew the main point I wanted to bring to your attention. I'm sure a lot of people will write to you about how much Allen loves his kids, but the really important thing is that he loves them more than himself. As a divorced mother myself, I understand the complexities of navigating relationships with ex-partners, but I also know that the love for our children drives us to prioritize their happiness and safety above all else. And I know for sure that never ever Allen would consider dragging his kids through the grief of losing their mother for his own convenience or an easier life for himself. Allen is a devoted parent, every time I saw him with his kids they had a lot of fun, but also they had meaningful and thoughtful conversations. He cares about them deeply, and not only about their education and physical well-being but also about their physiological and spiritual state. That makes me hundred percent sure that he wouldn't bring such a traumatic experience like losing a mother at a young age in their lives.

But Allen is not only a great father, he cares deeply about all his loved ones, always supportive and ready to help in times of need. About fifteen years ago, during a difficult time when my father battled cancer, Allen offered our family unwavering support and assistance. Not only was he always there for me, my aunt and my step-mother, he also helped to pay for the treatment and used all his sources to help us find the best available doctors. Moreover, when my father finally passed away, he financially helped his widow, my step-mom, who was left alone with a small child. And it's only one episode of many where Allen was there for the people he loved and cared for.

The idea that someone who had been so caring and supportive to a lot of people could be involved in a violent act is entirely contrary to the person I know Allen to be.
I urge the court to consider Allen's character, his commitment to his children, and the positive impact he has had on the lives of those around him. It really pains me to think that his kids might get to raise without him by their side, without this unconditional support we all always experienced from him.
Thank you a lot for taking the time to read this letter and for considering my perspective.

Respectfully,
Alexandra Gessen

# EXHIBIT M

**EXHIBITS IN SUPPORT OF
DEFENDANT'S SENTENCING
MEMORANDUM**

From: Anne Laure Gosset



Attention: District Judge Jaqcueline Corley
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Paris, July 11, 2023

Judge Corley,

My name is Anne-Laure Gosset. I am 47, a French citizen and lawyer with a license to practice in the State of New York. I reside in Paris and currently hold the position of Vice President Legal & Compliance for one of the Regions of the Alstom Group (listed company in the Railways industry) which covers Western & Central Asia, the Middle East and Africa. In such capacity I lead a team of 70 lawyers and contract managers.

I have, from the first days of our friendship, always called or referred to Allen by his family nickname, "Alosha", which is how I will refer to or talk about him as I write this statement.

Alosha and I met in January of 2001 on the campus of Uconn Lawschool as I was starting the first semester of my LLM degree. It was a snowy day, I was smoking a cigarette, Alosha engaged the conversation, elaborated on an idea, I said it sounded quite pretentious, he laughed. Our friendship was born in that instant.

We spent most of our time together, talked a lot, opened up to one another in the most honest and vulnerable ways. The closeness which emerged from this parenthesis never dissolved through the couple of decades that went by, even if our paths did not regularly cross.

During that year I spent a lot of time at him and his mother's place in Litchfield, CT. I remember feeling immersed in a world, their world, where education, curiosity, opinions, independence of mind were nurtured daily, through discussions triggered by our studies, current events, books, movies, encounters, family, friends, as much as day to day life. A life with no superficiality, meaningful in its every moments, filled with creativity and lead by a strong sense of accountability to oneself and toward others. I was taking my studies very seriously, was finding a great amount of joy in it but my time with Alosha and his mother were among the richest and happiest of my life.

Alosha's great abilities come with a particularly strong capacity for empathy, a defining sense of responsibility and a wisdom beyond his years. When I met him, he was a young man but a man who was already shouldering great responsibilities, whose main purpose was to make sure his mother, Lenna, was well and comfortable. His world began with her, who was on her own, in a foreign country, who had taught him to be the great man he was already, with whom he had a wonderful connection and who needed him very much as well. Lenna is a talented artist and I have, forever now, been waiting for her to be ready to expose her art to the world. She always had her own creative projects ongoing and Alosha was a part of and supported her in all these initiatives.

After his mother came his grand-mother, mother of his own mother, who passed away several years ago. I never met her but understand she was, like his mother, an intellectual and an inspiring woman. Alosha was very close to her. She would stay with them several months in a row every year. I knew how happy they were to be reunited. He was their child, grand-child, he was their man and there was no role that was more important.

Alosha never needed to win an argument even if he effortlessly brought most of them home, he did not need to control anyone, feel better than anyone or prove himself to anyone. He was already a very realistic individual who saw people for who they were, as he saw me, with my insecurities, the magnitude of which I hadn't yet grasped at that time. I remember him telling me one day that he was worried about me. I didn't understand what he meant at the time but so much trusted his insight and intentions that I never forgot. The realization came years later and while I can say that I feel accomplished and happy as a person and professional, it is not without having taken the time to work through my own story.

Alosha is someone who builds and will care for the ones he loves before he cares about himself. May it be his education, his character or the circumstances of his life. He will fight his battles and defend the one he loves or the ones who need it, with all the brightness that is his and the strength of this heart.

In his soft, unassuming, oftentimes humorous but always elegant and refined ways, Alosha opens your mind by juggling with and connecting so many places, times, events and places, he his a builder and a supporter, a man for whom, like his mother, education, independence of mind, depth  and accountability to oneself and to the world are the premises of a life well lived.

He is the man who ever came closest to my dad whom I have admired my entire life like no other person, for his beautiful intelligence, both cognitive and emotional, the strength of his character, his humility, generosity, empathy, humor as well as his strong sense of responsibility and honor, his ability for understanding people, not needing to change them to suit his needs or comfort his views of the world, for being always there to care and help while having a life of his own. My parents met Alosha on several occasions and are fond of him. So is my sister. We still recollect funny moments.

It was difficult for me to return to France after graduation, in January of 2002. I missed Alosha in the routine of my life even if we spoke daily and arranged to meet on one or the other side of the ocean every few months for a couple of years. Alosha had, much earlier than me, understood that no matter how strong we felt and how much we meant to one another, our paths would be very different, just because we were very different persons by our backgrounds, aspirations, needs, circumstances, abilities and responsibilities that were our own. As I was struggling to adjust, Alosha one day told me that transitions, changes, should never be abrupt if we can control it. They should take the time they need to be not too hurtful, because pain should be avoided to the extent we can. This is what he did as our paths where taking their independent turns, as we took our first jobs, him in private practice, in New York, me in-house in Paris.

Beyond our differences, what had brought us so instantly close was our empathy, our understanding and reaction to vulnerability, our minds and our sense of responsibility for the ones we love. My sister, Myriam, who is 45 years old, is developmentally disabled. She is my favorite person and I would sacrifice everything if it could guarantee that I will be able to take care of her until her very last moment in life. Her handicap defined my parents' lives as much as who I am, what I value, what I need and what brings meaning to my life. Alosha's depth, empathy as well as his values have their own history, part of which you will have understood from reading these lines. They were what I loved and continue to love most about him and I believe the same is true for him.

I followed Alosha from the distance, as business opportunities and personal choices flew him through the Globe. I could never anticipate what would come next but it always made sense. I never met Pricilla but this is the only time I knew he had fallen in love. I knew about him becoming a father, twice, I knew about their separation, about the difficulty around the custody. Through pictures and videos Alosha was posting on Facebook, I saw Orin growing up, with a kind smile and intelligent eyes, as he was trying and learning new things.

I know for a fact that their children do not deserve to be deprived of a father who hasn't and will never give them anything less than the love, education and values he ever received from his mother. I know for a fact that Alosha is the world to his mother, that she needs him, very much and truly. And I also know for a fact that the world will always be better with Alosha in it.

Yours, sincerely,

_____
Anne Laure Gosset

# EXHIBIT N

**EXHIBITS IN SUPPORT OF
DEFENDANT'S SENTENCING
MEMORANDUM**



Zimbabwe

30 June 2023

DISTRICT JUDGE JACQUELINE CORLEY

UNITED STATES DISTRICT COURT FOR NOTHERN DISTRICT OF CALIFORNIA

Honorable Judge Corley

## RE: TESTIMONIAL FOR ALLEN GESSEN

I write in support for leniency and mercy in the trial and sentencing of Allen Gessen for your kind consideration basing on the good character and deeds I know about Allen. My testimonial is as following below:

### 1. My background

I am a banking professional aged 58 years (born on 14 September 1964). I worked for Barclays Bank, NMB Bank and CFX Merchant Bank in a banking career spanning 38 years. I had many Senior Managerial roles including General Manager Trade Finance and international Banking, General Manager Retail Banking and Chief Executive Officer of an investment Bank. I also sat on the board of a large commercial bank in Zimbabwe and was Deputy Board Chairperson of a Micro-finance bank until 2021 when I stepped down to focus on my cattle ranching business and mining ventures. Between 2010 and 2017 I was the Chief Executive of an Economic Empowerment Corporation (NIEEB).

### 2. Relationship with Allen Gessen

I first met Allen in 2011 when I was CEO of NIEEB when he came to visit Zimbabwe intending to do business. He was seeking advice on regulations pertaining to foreign investment in Zimbabwe which I gave him.

I interacted with him on several occasions and a good professional relationship developed between us. I found Allen to be very intelligent yet friendly and helpful. In our business engagements, I introduced him to Grace Mugabe, wife of the then President of Zimbabwe, Robert Mugabe, who needed investment partners for a gold mine at her farm in Mazowe District of Zimbabwe. I also introduced him to Taleb Mahomed, who wanted investment

partners for his gold and antimony mine in Gweru district of Zimbabwe. I did these high level introductions because Allen had proven to be an honest and reliable businessman who became a dependable associate of mine over time. We developed a very close relationship based on trust and mutual respect. Over the years, I introduced him to my wife Fungisai and my children and he introduced me to his girlfriend/partner, Priscilla Chigariro and the entire Chigariro family. He loved Priscilla very much as all his friends and acquaintances know. Allen also introduced me to his mother, Lenna when she came to Zimbabwe. He loves and cares for his mother greatly.

### 3.  My observations of Allen's relationships with family

As I stated above, I found Allen to be very loving to Priscilla and his mother Lenna. I saw his family grow with the birth of his son, ███ The birth of ███ was the best thing that ever happened to Allen as he developed a strong father/son bond. He was grateful to Priscilla for this great addition to the family. Though Priscilla and Allen occasionally had disagreements like most couples experience from time to time, Allen was very committed to his relationship with Priscilla. They went on to have another baby, ████ a great addition to the adorable family.

### 4.  Examples of Allen's good deeds that I know as his friend

Allen is one of the kindest and most generous people that I know. I witnessed him uplifting the life of the whole Chigariro family by rendering them financial support. He bought the family a beautiful off-road car and farming equipment and offered employment to Priscilla's siblings. Allen had a huge positive impact on the whole family. He also supported Priscilla's clothing/fashion business and funded her fashion shows generously. To me personally, he gave my son Tatenda an internship job after he graduated from university before starting his banking career with Barclays Bank. That was very helpful as he became a mentor to my son and impacted very positively on him and became his role model. When my daughter Tafara got married in 2013, Allen and Priscilla supported us. Allen gave us a generous donation of US$5 000 which helped us fund our daughter's wedding. Allen and Priscilla were special guests who graced our daughter's wedding in September 2013. We are eternally grateful to Allen for his generosity, kindness and love to us and all those he associated with.

### 5.  Allen's impact on society

As I stated above, his positive impact on me and family was great. Allen's impact on Priscilla and her Chigariro family was life changing in the most positive way. Additionally, Allen created employment for many young people in his business ventures including G-Taxi and a restaurant

that he set up and ran. He was a very good employer to dozens of youths who he trained and mentored.

### 6.  **Allegations against Allen versus his character**

I found the allegations against Allen to be completely out of kilta with his loving character and kindness. It is inconceivable to imagine Allen conspiring to harm the mother of his adorable children for whatever reason.

### 7.  **Conclusion**

It is my humble plea, as someone who has known Allen for about 12 years and witnessed his generosity, kindness and love for family, for leniency and mercy on his behalf. I strongly believe that he is not remotely capable of committing the crime that he was charged for and convicted of.

Yours Sincerely



Wilson Gwatiringa

# EXHIBIT O

**EXHIBITS IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM**

Alvilda Jablonko



July 11, 2023

The Honorable Jacqueline Corley
U. S. District Court for The Northern District of California
50 Golden Gate Avenue
San Francisco, CA 94102

Your Honor,

My name is Alvilda Jablonko, and I am currently splitting my time between New Hampshire and Umbria, Italy. Prior to the pandemic, I worked for many years as the Director of Gender and Human Rights at the Brussels-based NGO No Peace Without Justice, focusing on national, regional and global campaigns aimed at the passage and implementation of legislation banning female genital mutilation.

Over the last months I have followed with deep dismay the developments in Allen Gessen's life. Though I had hoped that the outcome of his trial would be different, I understand the gravity of the charges that were brought against him.  Knowing this, I would like to try to provide depth and add dimensions by sharing with you the Allen that I know.

I first met Allen – and his son ███ – at the beginning of July 2019, during a visit to New York when I also saw his mother Lenna for the first time in many years.  I'd met Lenna once before, when I visited my mother in Italy in 2013, but had heard so much about my mother's and sister's developing friendship with her and the rest of the Gessen family over the subsequent years, that I felt as if I already knew Alyosha – the diminutive by which we have always known him – though I was also a little apprehensive, hoping that I'd indeed like the whole family as much as they did.  I was utterly reassured within minutes, and found that chatting with him while he made lunch for Lenna and ███ and me was like launching into a conversation with an old friend.

Our friendship developed on what for me  – and I hope for him also – was a very firm basis of respect, esteem, and trust, with the same quality of solidity as a decades-old friendship.  Their visits to my mother's house in New Hampshire over the past few years were always a highlight of the season.  They brought vivid conversation, insights, exploration of new subjects and unceasing good humor.  During each visit I felt lucky to witness Alyosha's attentive and thoughtful parenting of ███ his explicit aim to share the abundance of their cultural and intellectual life, the strong sense of family and of belonging within a strong tradition of intellectual curiosity to be nourished and developed.  When ██████ joined them in 2022, Alyosha's relief and joy at being able to include his daughter in this warm family was a source of relief and joy to us too.

My friendship with Alyosha had an element that I particularly valued from the start:  though our politics couldn't have been more different and we more often than not disagreed strongly, our friendship never suffered, but rather gained strength.  In fact, the heated arguments we had were of the sort that one generally has – and can only really afford to have – with relatives with whom one has links that transcend even strongly held and vehemently expressed opposing opinions.

Especially in the midst of a wider cultural context in which politics has created deep rifts, I find immense value in this ability to establish deep human connections that rise above politics.

Another quality of Alyosha's that strikes me particularly – and which I admire especially in the unostentatious way in which he models it when with ▮▮▮ – is his unfailing courtesy in all interactions, even those in which many people unfortunately don't bother to uphold high standards - such as with wait staff or with unhoused people.  He notices people as people, not just in the role they happen to be carrying out when they cross paths.

His solicitude towards my mother and her needs and preferences when they visited us was also wonderful to witness – and a great model for ▮▮▮ Alyosha was keen for ▮▮▮ to establish independent friendships with an intergenerational array of people – and so encouraged him to share his interest in Tai Chi with my mother, who practices it, and to explore music and video-making together as well.   When my mother was hospitalized, Alyosha and Lenna drove across the state even though Covid visiting protocols forbid them from actually seeing her, just to bring her home-made chicken soup, and provide moral support to my sister and me.

Alyosha has been an unquenchable source of ideas for collaboration, sharing of experiences, inspiration, and entrepreneurship to address and begin to solve the injustices and inequalities that he sees and deeply pain him.  Since the beginning of the pandemic and the interruption of my decades of work on human rights, he has been one of the people most fiercely needling me to get back to this vocation and re-enter the job market. It is sometimes exhausting to field his pointed observations, constructive criticism and advice, but also stimulating and exhilarating, and I am always eager to consider his ideas, and very much look forward to the opportunity to actually dive into one of the joint projects that he has an unending supply of.

His devotion as a father, son, and true friend are remarkable, and profoundly missed. I deeply hope that he will be given the opportunity to return to his life as soon as possible and so continue to create and contribute his talents and dedication to his family and community.

Sincerely,

Alvilda Jablonko

*Translated by Office of the Federal Public Defender*

My name is Kladova Anastasia, I am a citizen of Ukraine, currently living in Austria, a Caucasian woman, I am 37 years old, I have been implementing and managing social projects in Ukraine for more than 10 years.

I met Alexey Gessen in 2007 in the city of Donetsk (Ukraine). He ran the company I worked for at the time. Alexey led the company in one of the most difficult economic periods. We worked together for several years, working with him was always interesting, and the tasks were ambitious and non-standard. Alexey has always encouraged development and inspired the team. Alexey was always as correct and polite as possible, treated and communicated with employees with great respect, while communication with him was always pleasant and easy. I never saw him in a bad mood, he was never rude or raised his voice to anyone.

He was especially kind to women. All employees often saw Alexei's mother Elena Borisovna in the office. Even in a working environment, it was noticeable with what respect he treats his mother.

After Alexei left the company, I kept in touch with Alexei on Facebook. Alexey periodically supported me with comments or advice on how to develop my small business, shared his contacts. These were really important and valuable recommendations that helped me develop and added confidence in myself and my business.

After Alexei left the company, I kept in touch with Alexei on Facebook. Alexey periodically supported me with comments or advice on how to develop my small business, shared his contacts. These were really important and valuable recommendations that helped me develop and added confidence in myself and my business.

 A few years ago, my husband had a problem. He is a person with a disability and his motorcycle, unique, made for him, taking into account his features, was stolen. Alexey then wrote us words of support and offered his help. The support of people who are not close to you is a rarity in our culture and therefore was especially valuable and pleasant.

I also happily followed his life on Facebook, in fact, his entire public life that was available to me was children and mother. It was always very pleasant to watch how his son

grows, how tenderly he treats the family, how he writes about his son, his interests, friendship with a poodle.

Mom, Elena Borisovna, was still invariably present in life, already next to the children. There was always a lot of love and tenderness for the family in photos and words. It is very difficult for me to believe that Alexei is able to hurt someone and commit a crime.

When I learned about what happened, the first thing I thought about was how difficult it is for the children and Elena Borisovna to go through what is happening at the moment and not be together. I can't imagine how the family members who have always been so close feel and what pain they are experiencing now. I believe that the court will restore justice and the family will be together again.

Separately, I would like to convey words of support to Alexei's mother, Elena Borisovna, to wish her strength in order to go through this difficult period of her life.

Anastasia Kladova

# EXHIBIT P

**EXHIBITS IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM**

Samuil Kreynes



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
DISTRICT JUDGE JACQUELINE CORLEY

SUBJECT: ALEXEY GESSEN

June 28, 2023

Dear Judge,

I consider it my duty to write a letter regarding the identity of Alexei Gessen, who is before your court. We met about 5 years ago in Concord, MA, when I, a music teacher, began teaching a 6-year-old boy named ███ Hessen how to play the violin. ███ father, Alexei Gessen, and ███ grandmother, Lena Gessen, were often present at the lessons, and our acquaintance from a purely formal relationship between the teacher and the student's family grew into closer, one might say friendly relations with the exchange of interesting books, musical recordings, etc.

I was deeply impressed by ███ father's concern for his child, his upbringing and education, his physical development - swimming and fencing. The physical absence of the mother was made up for by the care of the father and grandmother. In conversations, ███ younger sister, ███ was often mentioned with great sympathy and warmth.

I want to add a few more facts from my communication with Alexei Gessen. When, after a stroke, I lost the right to use the car as well as the car itself, Alexei did everything possible to alleviate my domestic inconvenience: he delivered food to my house and provided his car and himself as a driver, and very tactfully offered his help without waiting for my request. After learning about my problems with the IRS, he spent a lot of time writing to various official authorities, which was successful and alleviated my social discomfort.

To all of the above, I can add his respectful attitude and observance of religious traditions, although in an unorthodox form. I really hope that my characterization of Alexei Gessen will be taken into account by Your Honor.

Sincerely,

Самуил Крейнес

# EXHIBIT Q

**EXHIBITS IN SUPPORT OF**
**DEFENDANT'S SENTENCING**
**MEMORANDUM**



Harare

10 July 2023

**Att: Judge Jacqueline Corley**
United States District Court
For The Northern District of California.

Honourable Judge Corley,

**Ref:  Support Letter – Allen Gessen**

I ask your leniency for the lengthy letter which follows.  I am afraid there is no short way to tell you about the impact Allen Gessen has had in my life.

I am a Muslim divorcee and mother to three children based in Harare, Zimbabwe.  I am actively working in six sectors of the economy.  Media, Transport, Agriculture, Information Technology, Hospitality and Tourism, as well as the non-profit sector.  However, this has not always been the case. My world opened and my opportunities arose after having been mentored by Allen, a man whom I only came to know of, through his mother in 2019.

His mother Lenna Hessen and I had been friends for a while, despite the age difference between us. In December 2019, he asked me through his mum to help get some food to the prisons for his ex-partner and daughter.  The child unfortunately was in the cells with her mother.  At this time, I was a volunteer with Muslimah's for the Nation – Zimbabwe.  I had a very good relationship with Prison Services because of the outreach programs I had conducted there.  I was happy to be able to assist.

However, the stories which began circulating in the media about Allen and the mother of his children were disturbing to say the least.  I immediately began to look deeper into the circumstances that led to the detainment of the lady in question.  As you can imagine, I did not want to be connected to a man who was allegedly abusive. I was myself experiencing an ongoing domestic violence situation unbeknown to him.  As his partner was a well-known figure in the fashion industry, it was not very difficult to unearth the controversy around her or the current state of their relationship.  The information was all in the public domain including newspaper articles quoting her employees siting allegations of not being paid by her, of her affairs, frustrating her partner, and drug and alcohol abuse. I discovered that she had been imprisoned due to a violation of a court order over a property battle and that she had chosen to take her baby to the cells with her.  What horrified me is the scope of publicity around her, mostly negative and the number of court battles she was willing to explore. Much of the information circulating about Allen at the time was a well-coordinated smear campaign based on misinformation as I would discover through mutual friends and their ex-employees.

Allen and I had no direct contact until he visited Zimbabwe early in 2020.  He agreed to meet my husband (I was still married at the time) and I, to advise us on a business idea we had.   That was the one and only time I met Allen in person.

On the 29th of January 2021, I sent a message of distress to Lenna.  It was the night my husband had beaten me up quite severely.  I had already by this stage explored various options to prevent the now escalating violent episodes. I had previously filed a complaint with the Victim Friendly Unit of our

local police force.  That night I resolved to leave my marriage of 17 years.  Lenna came to mind because I had previously relied on her for sound counsel.  On that call, in the middle of the night, she realized that I was determined to leave even though I had no place to go.  It was then that Allen took on the responsibility of extracting my distraught children and I, to place us in a haven.  Our friendship began then. Allen took on, remotely, my family.  He housed us, ensured we were fed and that my children were able to get an education. He ensured that we received the emotional, financial, and mental health support we needed. Eventually he took on the role of mentor.

In March 2021, Allen realized that I had the potential to do well in any field I dared to explore.  Agriculture was my passion and after many conversations EE-Farm (Private) Limited was born.  With Allen's passion to help impoverished farmers in Africa, he was instrumental in bringing to life the concept of an agri-digital solution which provides not only technical and extension support to farmers but also a project management system that encompasses the whole value chain around the sector.  He is an inspirational leader, a patient teacher and has helped me to grow.  This year I have launched a pilot project for the mobile phone application developed because of the collaboration we had.  I mention this with the utmost humility.  The stereo type is that Jews and Muslims cannot co-operate or respect each other.  Allen being Jewish, worked selflessly to enhance my life without hesitation and simply because his mother trusted me.

My story does not end here.  Allen has been instrumental in grooming me and instructing me on how to engage with potential investors for the project.  The confidence I had lost during my marriage has returned.  2022 has seen me partner with Broadway Travel and Tours Zimbabwe and Serious Fun Norway to drive a tours operation which has been successful so far.  I have also since partnered Magnum Logistics to manage a fleet of trucks for the owner based in the United Kingdom.  Furthermore, I have continued over the last two years to work in the non-profit sector.  I hold the position of Peoples Operations Manager at Wired 2 love and thrive since 2018.  This is a peer to peer support group that focuses on mental health wellness and capacity building.  My work is in the area of support for domestic violence situations. At Global Youth Mental Health Awareness (Australia), I am a regular moderator for their online webinars since 2018.  This marries perfectly with the work I do at New Hope Foundation Zimbabwe where I hold the position of Board Chairperson since 2018.  This is a youth development organisation focused on raising civic awareness and promoting Child Human Rights in line with the UN Sustainable Development Goals.  I also volunteer for Centre for Peace Advocacy and Sustainable Development (Nigeria) as program support and webinar moderator since 2019.  I value the work I do in this sector which began prior to meeting Allen.  Hence the reason why being associated with Allen was initially a concern.  As I mentioned earlier, there was a lot in the public domain about the allegations of abuse and ongoing custody battles.  As a man who was now positioned to be a prominent figure in my trajectory it was inevitable that eventually he would have an impact on my own children and work. This is why I continued my own enquiry with many of his ex-employees and business associates locally.  I was satisfied that the many people who vouched for his character knew him to be non-violent and very dependable.  I could not have continued the association from 2019 had it turned out that the perception of him was other than I discovered.

Finally, this year, I took on the position of News Anchor for a local TV Station – NRTV.  This has been a culmination of the events leading to the rebuilding of my life.  I largely attribute my progress to the guidance I received at no ask or cost from Allen Gessen.

Over the few years I have known Allen, he has many a time sent financial assistance to help not only my children and me.  He has also asked me to help on his behalf, an upcoming volleyball player whose vision and career he supports.  He has asked me to help a female activist for cancer awareness, female empowerment, and a voice against domestic violence.  Allen himself is a champion for female empowerment.

I have had the privilege to interact with his son ███ during some of our online meetings. ███ adores his dad and Allen clearly loves both his children.  He often spoke about them and sent me pictures of their activities.  He was most cheerful when speaking about them.  As a divorcee myself, one of my primary focuses has been to ensure that my children have full access to their father and their paternal extended family.  This is largely due to my culture and religion.  My heritage is a mix of African (Zimbabwean), Arab (Yemeni), and Indian.  From that combination the shared sentiment is that children belong to the father.  The paternal line is culturally important when it comes to life decisions concerning the children.  Statistically children who grow up without an active father in their lives are more inclined to have behavioral problems, depression, issues around substance abuse, fair poorly in school and are at an economic and psychological disadvantage. For these reasons, I understood why Allen, belonging to the Jewish community which shares similar values, tried so hard to be a part of his children's lives.  Culturally too, grandparents play an important emotional role in the lives of children's development, not only in imparting tradition but in a nurturing role too.  I understood fully why he wanted his mother actively involved in the children's upbringing.

Allen shared a passion for agriculture.  I have met some of his previous business partners and was amazed to learn that he had spearheaded a Zimbabwean national success story with "Potatoes In A Sack" which he ran with a prominent figure named Acie Lumumba.  I am not surprised he found EE Farm to be a worthy tech project as he also founded the first mobile application in Zimbabwe offering a taxi service – G Taxi.  He loves Zimbabwe and intended to contribute meaningfully to the improvement of lives here.

I have come to know him to be inspirational, supportive, patient, firm, chivalrous and respectful.  He is a doting dad, a loving son, a loyal friend, and an astute businessman who loves the arts.  He has a heart for humanity and has worked tirelessly to make the world a better place one life at a time and sometimes touching many lives at once.

I do hope you will consider the impact he has had not only on my life but the many who thrive because of him as you move to sentence him.  None of what I read about him lately in the press is consistent with the Allen Gessen I know. I appeal for leniency in as much as the law will allow.  Once again, I am sorry to have given you such a lengthy read, your honour.

I am reachable through the following channels should you wish to communicate directly with me:



Yours sincerely,
Mahmooda Lowe

# EXHIBIT R

**EXHIBITS IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM**

CHARACTER LETTER TO JUDGE ASKING FOR LENIENCY

From :

Rachel Mawoneni Mamera

Date : 9 July 2023

To:

The Honourable Judge,
United States District Court
for the Northern District Of California
District Judge Jacqueline Corley

Dear Judge Jacqueline Corley,

I am writting this letter given my dear friend, Allen Gessen. I want to bring to your attention the kind of person that he is despite the grave allegations that he has faced in recent time. I have known Allen Gessen since April 2016 after a job offer at their newly launched company in Zimbabwe, commenced (GTAXI). My job offer was as Sales Manager. Allen's first words to me, which I'll never forget, were "You don't have to be too serious Rachel", with a warm smile on his face. It was my first time to meet Allen after the job offer and he welcomed me graciously. I commenced work at GTAXI on the first of May 2016, with a content mindset.

Allen's visits to Zimbabwe were seldom although once every three months he would travel so this meant that our daily communications were mostly on texts and calls. I hereby confess that his texts were always long and succinct as he wanted me to understand fully about his point of view on every matter. There was never a text or call that involved disrespect or anger or inappropriate language. At times when I made wrong decisions, he would delineate the facts firmly and teach me how best to



handle similar issues in the future. In my first two months of employment, I had learnt a great deal of professional conduct from Allen and had the privilege to know his general life story. He had been raised by a single mom after his father couldn't take up the responsibilities and throughout his life he had only met his father twice. I particularly asked him how he felt about his father and he genuinely confessed that "he wished him well and completely had no hard feelings or hatred towards him". The reason I asked Allen this question was because I'm also a single mother of three boys and wanted to know how boys relate to absent fathers. Indeed I was impressed at how light-hearted he was about this. Allen furthermore suggested that I meet his mother, Lenna Gessen, since I reiterated that she had done an incredible job raising him alone. I'm proud to say, till this day Lenna is a dear mother figure for me, who has offered and given amazing guidance to me.

Into my third month of employment, in early July, Allen and his business partners noticed that GTAXI operations were not functioning well due to mismanaged by the then General Manager, Priscilla's friend, Marshall. An auditor was employed and findings were not favourable. In September 2016, Allen informed me that the business partners and himself were appointing me as the new General Manager for GTAXI. Allen flew in to Zimbabwe and explained once more the vision of the company and how he would assist me in every way possible to handle the new role. It was my first time in a position like this, so it was both scary and exciting. We began increasing the frequency of communication and I'm proud to say Allen played a pivotal role in my career growth, wisdom of corporate affairs, professional conduct, handling conflict and working hard. When I made mistakes, he would cautiously explain and things would be back to business as usual.

When Allen visited Zimbabwe, thereafter, because GTAXI had started stabilizing, he wouldn't spend more than fifteen minutes in a meeting with me. He'd usually say " Rachel, you already know what you're doing, so I'll leave you to continue and if ever you need me, I'm around". Daily he would come to the office with his son Orin, spending time playing on the lawn or teaching Orin about the Zimbabwean

 PDF Scanner

climate, plants and culture. Each time he was in Zimbabwe he brought gifts for Priscilla's family, sisters, brothers and father. We would see them each time when Allen visited as well as when they came to collect cash sent in by Allen during his absence. I recall being quite concerned about our business finances when Priscilla's father came to the office to request for money for either his farm employees salaries or money to purchase extra dog food for his dogs, or money for farm inputs and tractor spares. GTAXI was still stabilizing itself and so when I informed Priscilla's father that our finances were tight, he would request us to call Allen. After a brief call to Allen, I would receive a compassionate plea from him, instructing me to give Priscilla's father the money and Allen would reimburse it the next few days.

Priscilla's family, sisters, brothers, also began booking the GTAXI vehicles as and when they wanted to and did not pay a single cent for their rides. Again I was deeply concerned and discussed it amicably with Allen, who agreed to open a family account for Priscilla's family rides. Allen would also send money to us to clear this account. Often times Priscilla would also request us to give her any cash collected from the taxi bookings, which Allen would reimburse as well. When Priscilla visited Zimbabwe without Allen, their son Orrin would spend time in my office, playing games on his mother's phone and quite often complaining, even if the nanny tried to calm him down.

In October 2016, Allen and his business partners also requested me to oversee the operations of Priscilla's business as it was housed at the same premises. I was bombarded with unhappy unpaid suppliers who demanded immediate payments. The staff were also grossly aggravated by Priscilla's business conduct towards them and suppliers. Upon private discussion with Allen, we agreed to handle the issues according to priority and Allen shared the solutions with Priscilla, who also agreed. In the following months Priscilla also made major changes to her business, both structurely, and financially. Walls were repainted, new furniture brought in, new and expensive chef consultants were hired, new marketing budgets and payments were made. Each time there were "outside" the budget expenses that Allen sent money for. At times Allen would

 PDF Scanner

27182662

advise Priscilla that the funds were not yet available or adequate, but Priscilla would not hide her disapproval. Allen inturn would agree to run around to get the money available. In my opinion, Allen was the most patient husband I had ever met. I recall the following year, 2017, on Valentines day. Allen was not in Zimbabwe and Priscilla was around. He called me and requested that we organised a special surprise gift and flowers to be delivered to Priscilla from him. I drove out with one of our drivers and arranged the gift plus flowers, all in constant communication with Allen, to ensure it was all to his approval. We arranged everything secretly to give Priscilla a wonderful surprise. It was a beautiful, romantic success!

Success at GTAXI spiraled and we had renowned business accounts such as the US embassy, Canadian embassy, British embassy, Red Cross, Old Mutual, just to mention a few. Most days of the week, we couldn't satisfy the demands. Staff were excited and looking forward to business growth and upscaling. I discussed upscaling with Allen and he immediately agreed to the new strategy. However at that same time Priscilla requested Allen to make her the overseer of GTAXI operations. Allen agreed half-heartedly as he wanted to make her happy. From September 2017, GTAXI was under the authority of Priscilla. Requests for vehicle maintenance, spares, service costs and overhead expenses were no longer approved on time and seldom approved. We also informed Allen and he tried his best to let Priscilla understand the consequences without forcing it on her. Unfortunately vehicles condition began to deteriorate and business silently began to deteriorate. Priscilla announced that she was cutting down the staff complement and that started with my retrenchment at the end of November 2017.

In the same month of November 2017, I visited an eye specialist due to a growth I noticed in my right eye. I was informed that I had to go through surgery and needed $500 upfront for the procedure. I informed Allen a few days before leaving GTAXI and he gladly agreed to assist with the payment for my eye operation. After healing from my eye surgery, I managed to look for another job, where they required a written reference letter from my previous employer. I messaged Allen and he immediately agreed and sent the reference letter the same day. After another

 PDF Scanner

two years, in 2020, I had another new job offer which required another written reference letter. I messaged Allen again, though we were no longer in contact very often, and he immediately responded and sent the letter. I believe his input within these letters helped me tremendously in clinching my next jobs.

I hope I have not taken too much of your time with this long letter your honour, pardon me please. I am aware of the charges that he is facing and the consequences of those, but looking at his current situation and seperated family of his mother and children, I would like to plead for leniency. He is a well-mannered gentleman who loves and cares deeply for his family.

I am available for any further questions or details regarding this letter and look forward to a favourable passing of the verdict. My contact number is +263 772839648 and my email address is manyezarachel@gmail.com. My physical address is indicated on this letter as well.

Thank you.

Yours Sincerely,
Rachel Mawoneni Manyeza



# EXHIBIT S

**EXHIBITS IN SUPPORT OF
DEFENDANT'S SENTENCING
MEMORANDUM**

Good afternoon, your Honor!

My name is Valeria Mikhalevskaya, née Gessen, I am 58 years old, a Russian citizen, was born and live in Moscow. Alexei Gessen is my nephew, the son of my half-sister Lena Gessen, and I have known him since he was born. We are connected by close family ties.

Starting from when he was a child, Alyosha has been a very caring son and grandson, not only towards his close relatives, but also towards all members of our large family. He could never just listen and remain indifferent when someone was experiencing problems – he always got concerned about the situation and tried to help in word and deed; everyone who needed help was treated with great attention. In the same way he provided moral and financial support to our family when my brother was sick.

Alyosha was brought up in a large close-knit family, in which support and mutual assistance always came first. I have never met a more loving son and grandson, and later father. Alyosha thought of every detail to make things more convenient for his relatives; for example, he organized everything for his grandmother. When walking became difficult for her, and she could no longer take care of things on her own, he came up with all the little things for her in her apartment, from a special hook to pick things up from the floor, to widening the aisles and getting the right equipment the bathroom. He taught her how to use a computer so that she could always stay in touch. Even when he had to live in different countries, he always called, and his absence was practically not felt. I observed the same approach and level of care towards all those people close to him (relatives and friends). Not a single person was ever forgotten, Alyosha had time and words of support for everyone.

From a young age, Alyosha has been his mother's main friend and source of support. He always supported her hobbies (photography, painting, film directing), helped pay for her education, organize exhibitions.

Alyosha looked forward to having both children. Alyosha is a gentle and caring father. After the birth of ▮▮▮▮ (who was born very premature), he practically lived at the hospital.

Alyosha paid a great deal of attention to his son's upbringing and development. He was the only parent who did his best to provide ▮▮▮▮ with everything necessary for obtaining good education and developing his abilities, devoting much of his time to doing it himself.  Chess, fishing, reading books, ice-skating, skiing, bicycling, learning how to use a needle and thread

and make patches, make a campfire, build a shelter with branches, drill holes for shelves, and drive in nails – all this ▮▮▮ learned from his father. Alyosha always took into consideration the children's preference and interests, being guided by their abilities and not by parental ambitions. And that is exactly the reason he devoted so much time to choosing violin teachers for ▮▮▮ and to trying to develop little ▮▮▮▮▮ artistic abilities. It was the father who took the children to concerts and theatrical performances, visited museums and exhibits with them, introduced them to interesting people. It was the father who worked on developing compassion in the children, caring for those close to them and for the animals, planted trees with them, taught them to clean up after themselves, and not to litter on the street.

Since Alyosha's arrest, they have been deprived not only of their father, but also of their familiar way of life, sports, and lessons, which he organized for them. For both children, privation of contact with their father, of his love, and support is a tragic loss, especially for ▮▮▮ who turns 10 this summer, as he enters the age when the boy needs his father most of all.

My husband, Ivan Mikhalevsky, and I maintained contact with Alyosha for work reasons, and we know him to be a recognized by his colleagues as expert and respected specialist. As a manager he always paid special attention to his employees' working conditions: he did his best to make the workplace comfortable for all, provide suitable and beautiful recreation and eating areas.

Having always known Alyosha as someone genuinely decent and caring towards his family, friends, and colleagues, it is impossible to accept the accusations brought against him.

I sincerely hope that justice will prevail. Alyosha's children and his mother need him.


Sincerely,


Valeria Mikhalevskaya
▮▮▮▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

# EXHIBIT T

**EXHIBITS IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

District Judge Jacqueline Corley


Honorable Judge Corley,

Allow me to introduce myself. My name is Kateryna Ohuriaieva, 39 years old, Ukrainian, currently living in Georgia with my family. I work as a marketing director in the largest Ukrainian supermarket chain "Silpo".

In this letter I want to tell you about my friend, Alexey Gessen. So that you can get an idea about it, in my letter there will be specific events and actions. I can speak about him with confidence - we have known each other for sixteen years, of which the first five, between 2006 and 2010, we were a couple, and I can say that this time was one of the happiest, brightest and full of surprises in my life. I am proud of our friendship that has lasted all these years and I thank fate for the time when we were a couple. I`ll start with how I first saw Alexey. It was Donetsk, Ukraine, 2006. He showed up at the office of the company where I worked and was introduced as the CEO. In Donetsk of those times, it was accepted that the director was a person endowed with great power and keeping a distance from subordinates. A typical leader of that time in Donetsk was a stern and well-fed man in a jacket surrounded by security. On the first day of Alexey`s work, when everyone was intrigued - who will lead the company, a young energetic guy appeared, and the first time I saw him, he was talking with the janitor for fifteen minutes, asking how she was doing - not for show, but with sincere interest. Until that moment, I did not know that such things happened: that there are leaders of huge companies who know what the name of the janitor is and what is happening in her life. I was so impressed that I still remember that first meeting. Looking ahead, I'll say that Alexey has always been and remains a moral benchmark for me, by which I compare the degree of my humanity and concern for other people. When I talk about him to those who do not know him, I always add – «The most caring person I have met in my life»; In the depth of my soul, I know that even my mother, who certainly loves me, did not give me the care that Alexey did. Not all people are able to do this, not everyone has this gift.

How did it manifest itself? We have not met yet, I was an ordinary clerk, and I had a dog, an ordinary stray dog, which I got together with buying a house. One night she had a fight with other dogs and crawled home with bleeding lacerations. I took her to hospitals, trying to save her life, and in the morning Alexey, passing by the office and seeing my face, immediately came up and asked: "What is happening?". On the same day, he joined in the treatment of my dog, found medicines and recommended clinics. That dog could not be saved, but I remembered his act for a long time. There were more than 3000 people working in the company, but he had time for my dog. And I think that`s when I fell in love.

Then we started a relationship, and the way I felt with him - I can wish every woman to experience this. When you feel that your man is a person you can always rely on, under any circumstances. In what? When my grandmother fell ill and was in the hospital, he dug up the ground to find good doctors for her, went to the hospital with me at night and saved her life after a severe stroke. When my cousin died in a car accident, Alexey was always there and found the right words to calm not only me, but also my family. When my grandfather was diagnosed with a severe heart disease, he found the best doctor in the country and a place in the hospital, rented an apartment in Kyiv and fully paid all the expenses for the operation and further treatment. It is only thanks to Alexey that my grandparents were alive for many years after. They lived in Donetsk and all these years thanked him for saving their lives. I thanked him every time I heard my grandmother`s cheerful voice on the phone. And with the doctor who treated them, we maintain friendly relations. You can talk with my mother and she will tell you what a huge role a person has played in our lives, who is now being subjected to monstrously unfair accusations.

How did I feel with him as a woman? I felt like a goddess. He gave me gifts ranging from the best face cream to my dream car, just as a surprise. He made sure I drank more water and went to the gym. He taught me English and faith in myself. Alexey showed me the world and its possibilities. And all this time, I observed with admiration that his care extends not only to me, but also to people nearby, regardless of their social status. Also, once we got a dog. It was his dog, as it turned out, sickly. To treat him, he found the best doctors not only in Ukraine, but

also around the world - Porthos was treated in Germany, and there was a specially equipped place in the car for him, he nursed him, becoming a specialist in ticks, which Porthos managed to catch regularly. I didn't even have the patience and strength to constantly look after a sick dog. Alexey always had strength.

A little about generosity and tranquility. Once Aleksei bought a new beautiful expensive Range Rover car and let me drive it. I was not yet a very experienced driver and after five minutes of driving I broke a side mirror. Do you know what he told me? «Don`t worry, let`s try again». How many people do you know who will react like this when you wreck their new car? By the way, he taught me how to drive a car and I still remember the rules that he taught me - always turn on the turning signal, and I still turn it on even on an empty road, never take risks when overtaking, slow down long before the traffic light. Alexey taught me how to overcome fear, gently but persistently stimulating me to master those skills that will be useful in life. So it was with driving and so it was professionally.

He always told me that I could do more, taught me to make presentations, read the right literature and not put up with a mediocre result. With him, I believed that I could do more, and it was thanks to Alexey and his faith in me that I was not afraid to build a career, eventually becoming a top manager of the largest retailer in Ukraine. It was Alexey who taught me to take care of my loved ones. Every evening he called his elderly grandmother and sang songs to her when she was ill and weak. By the way, he sings beautifully. He understood all her medicines and found the best nurses, discussed business and books with her. I would like to have such a grandson with whom I can live my old age like this.

Then we parted and our paths diverged. You also need to know how to break up. Alexey rented a very nice apartment for me without a single question and promised to help at any request. And although I always strove for independence, I was calm because even though we are not together, I always have a person, a friend who will help me out in any situation. Once I was driving in a car in the winter, it was slippery, I was in another city, far from home. Knowing that in such cases I can call him, I called. He was in another country but an hour later - I don`t know from where - I had new tires on my car and I could drive on. There was a distance

between us, we each built a life separately, but continued to communicate. After many years, we met again in Moscow - I moved there with my husband and we had a child, Alexey already had two children. For me, Moscow was a new city, I was on maternity leave and, of course, I immediately wrote to him. We met and Alexey, knowing how important work and self-realization is for me, immediately offered me to participate in one of his new projects. It helped me a lot mentally and financially. If not for him and not for the job, it would be much harder for me to adapt in a new city. Then Alexey introduced me to ███ and Lizzie. I remember noticing the baby stroller that Lizzie was in. I didn`t know there were such beautiful strollers. I saw how Alexei treats ███ He introduced him to friends, spent a lot of time with him and talked to him on an equal footing, as with an adult, answering questions, stimulating discussion, respectfully listening to his opinion.

I introduced Alexey to my husband and they communicate, not closely, but in a friendly way. My husband is a well-known journalist and author of books, he turned to Alexey several times for advice and contacts, and he always helped in everything. If you ask Ilya, my husband, about his attitude towards Alexey, I am sure you will hear the most positive feedback. After Moscow, my family and I moved to Kyiv, Ukraine, and I knew that my closest friend, Alexey, was going through hell. His wife accused him of bad attitude, beatings, drinking and drugs. (By the way, in many years I have never seen Alexey drunk or under drugs.) I know how Alexey experienced this, because it is hard to accept injustice from a loved one, especially when it is the mother of your children. I am a million percent sure that even if the feelings have passed, Alexey will always be a great father and he would take care not only of the children, but also of their mother. In February 2022 a war began in Ukraine. It is still going on, I had to flee from Kyiv and do atypical work for me - to look for volunteers, to help with the equipment of bomb shelters, to look for bulletproof vests all over the world. And despite the fact that Alexei had his own troubles and had just come out of jail and he has long been far from Ukraine, he immediately became involved and began to help me and others in saving people in my country.

This is invaluable help, believe me, when you run, bombs explode over you, and your friend is on the phone, who says that he is nearby and offers help, despite the difference in time, continents and personal trouble. All of the above I am ready to confirm in court under oath. I really hope that the court will be able to make a fair decision and Alexey will be able to do what he does best again - take care of his children.

I ask for your indulgence for my friend Alexey Gessen

Please feel free to contact me for any additional information:

████████████

████████████████

Best regards,

Kateryna

# EXHIBIT U

**EXHIBITS IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dear District Judge Jacqueline Corley,

I am Olena Pidoprihora, a Ukrainian. I live in Ukraine, in Odessa. I was born and lived in the Donetsk region until 2014; in the summer of 2014, I was forced to move to Odesa due to Russian aggression and occupation. I am a manager in the field of culture and arts, I manage the public organization "Institute of Development of Odesa."

I am 39 years old. I do not follow any religion, although I was baptized as Orthodox in my childhood.  I met Aleksey Gessen in Donetsk in 2007, when I, as a student, worked as a receptionist at the Donbas Palace Hotel, where Aleksey was staying as a guest. After some time, Alexey offered me to join the company he managed as his assistant. During our communication in the roles of "receptionist" and "guest", Alexei was always very polite, friendly and sincere. He never looked down on the hotel staff, and always greeted and thanked us.

When I started working for Aleksey, I remember his great support and mentorship. I can say with confidence that my soft skills (communication, negotiation, solving complex issues, attitude to complex issues) were formed thanks to Alekya Gessen. He was an example and inspiration for me.

In this company, we survived the 2008 crisis. I remember what management decisions Alexey coordinated and made; they were all stitched with kindness, rationality and justice. These qualities are one of the main ones that, in my opinion, characterize Alexei Gessen. Alexey always treated other people with respect. He has an incredibly warm relationship with his mother and (was) with his already departed grandmother. He always diligently took care of them, not only covering their basic needs, but also investing in their hobbies and supporting their creative endeavors (exhibitions, publishing books, etc.).

Alexey is one of the kindest people I've met in my life. He is the embodiment of professionalism and empathy, intelligence and a sense of humor. Even in situations where he, as a leader, made remarks or scolded me, I always felt dignity. After the end of our cooperation,

I periodically communicated with Aleksey through social networks. I know that Alexei has a family and children. I always watched with delight as he wrote about them. I am sure that it is better for Alexia to be with his children and continue to take care of her mother financially. I am sure that Aleksey will do a lot more good for the benefit of this world with his mind and heart.

Respectfully,

Olena Pidoprigora

# EXHIBIT V

**EXHIBITS IN SUPPORT OF
DEFENDANT'S SENTENCING
MEMORANDUM**

To:

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

District Judge Jacqueline Corley

From:

Vladlena Sandu,

Director/Screenwriter/Actress

Age: 40

Citizenship: Russian Federation, Currently residing in the Netherlands

I met Alexey Gessen in 2014 when I was studying at the Film University in Moscow. At that time, I was directing my student film "Kira" about a young girl who was sent to prison because of domestic violence in her family. Kira, being a minor from a troubled family, became a victim of sexual abuse, but instead, she was imprisoned. This story is based on real events.

Returning to our acquaintance with Alexey, I didn't have the financial means to make this film, so I posted my project on a crowdfunding platform. That's when Alexey reached out to me. He read the story, watched the materials about the future film, and made donations. Thanks to Alexey's support, this film was made. I'm sending you a link to the film with English subtitles, and in the end credits, you will see Alexey Gessen's name:

https://drive.google.com/drive/u/0/search?q=KIRA

This film has received numerous awards and has been a turning point in my career. Almost all of my filmography is related to human rights, and my films have been honored with international prizes. I know that Alexey has played a role in my destiny as both a person and a citizen with an active humanistic stance.

Later on, Alexey and I became friends, and I also got to know his mother, Lenna Gessen. After Alexey and Priscilla had a son named ███ we also met in Moscow. During our meetings, I always noticed how caring of a father Alexey was and how important it was for him to spend time with his family. We would occasionally meet for lunch or dinner. It was always a pleasure to witness how Alexey took care of his family. Their home was always open to guests.

I don't know what is happening now with Alexey's children and his mother, Lenna. But I believe that the fact that Alexey is far away from them and unable to take care of them speaks

of a great tragedy. I hope that the court will make the right decision and consider the fact that Alexey is a wonderful father and caring son.

Knowing Alexey for ten years, I have always noticed his kindness and reliability. I want to express my gratitude for having Alexey in my life.

I kindly request you to carefully review the biography of Alexey Gessen and take into consideration the fact that he is the sole provider and caregiver for his children and mother. The fate of not only Alexey but also his loved ones depends on your decision.

I am also attaching my brief biography to this letter.


With faith in justice,

Vladlena Sandu

# EXHIBIT W

**EXHIBITS IN SUPPORT OF
DEFENDANT'S SENTENCING
MEMORANDUM**

The Honourable District Judge Jacqueline Corley
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA


**Letter in Support of Allen Gessen**

The Honourable Judge Corley

If ever there was a cry to be judged not by the colour of his skin - or in this case the colour of his musings - but the content of his character this is 1000%  the case. We all, to greater or lesser extents, when faced with situations that we do not like, muse on solving them in ways that would be uncivilised, illegal and morally bankrupt. I believe it true of the vast majority of humankind that our ability NOT to act on immoral and uncivilised thought is what defines us.

Allen is fundamentally civilised and good at his very core. I have no doubt that Allen might wish all kinds of outcomes on his wife when presented with the possibility. On the mother of his son and daughter - absolutely not.

In business and in the intellectual circles of his interaction with me he has on many occasions laughingly promised to deliver the head of a competitor .. the assets of a cheat … the heart of a philanderer. We have had many enthusiastic conversations on the downfall of governments - but never entered into revolution; the foibles of marriages - but never solicited a friends wife or partner; pondered the company of crooks but never sat at the table of those whose moral compasses were permanently bent. Do I believe that Allen would discuss the demise of his wife - I do … (I believe this of very very many of us) … Do I believe that Allen would ever ever ever go through with such a heinous plot as to execute the mother of his children .. I have exactly zero belief that he would or could do that.

I have known Allen and his family for over a decade. Allen is a friend in every possible sense of the word. He has advice when it is sought, humour when there appears to be none about, kindness of heart and possibly the most tenacious love for his children I have ever seen. His son exists by virtue of his - and Pricilla's - refusal to give up on him. Relationships are seldom easy and his with Pricilla seems from a distance to have been fraught with the complexity of cultural and geographical difference. Allen - in my experience - has tried to deal with this responsibly and at all times in the interest of his children first, his family second and his relationship third. I have no opinion on the wisdom of this but I can only comment that this would be the same for countless parents and children. Our relationships are often a paragraph in our lives whereas our children and families are the Title. This does not mean that we remove the paragraph .. simply that it should be read in the context of the whole.

My wife, daughter and I have known Allen as an unwavering friend, a kind and honourable individual. Deeply thoughtful, highly motivated to help his friends and fellow man. Allen is - as a matter of simple fact - kind to those less fortunate and generous to his friends and family. If I was to pick a crew with whom I would set off on adventure with no known outcome to a destination where I would look to depend on every member of the crew to have my back .. Allen

would be without question on my ship. His intent would be to seek a world upon which he could report and educate his son and daughter … they are the guiding light of his life and the reason for his laughter and curiosity.

Is Allen difficult .. no doubt. Obnoxious … I have to believe … rude to his wife … I would not be surprised …. but a murderer …. I would believe Adolf Hitler had been voted to the Knesset before believing that Allen would do such a thing. Discuss … (I accept the testimony of the gentleman who he apparently discussed this with) … but never - never - to actually carry this out on the mother of his Children.

I can only plead Allens case. Allen is an individual who quite simply has so very much to offer his children and society at large. His being incarcerated offers no good outcome to a single person or entity involved. Not his wife, not his children, not his mother, not society and not to justice. Surely this cannot be the point of Justice …. Justice surely must have a positive outcome for at least one single party in the circle. There is none here. For the sake of Allen's kids, his mother, his community, his friends .. even his wife (surely the incredible father that he is being in jail cannot possibly be a positive for the lives of his kids) …. I ask you to judge in the interests of all - including Allen - and put Allen back in society where he was, is and will be a force for good .. starting with his son and daughter. What other place is there to start.

Yours sincerely


Kenneth Schofield

If of relevance my Broad CV is as follows:

Michaelhouse School in South Africa
Rhodes University - South Africa
Worked in New York for 3 years
Married Jessica Ross (Daughter of Wilbur Ross)
Amicably divorced
Returned to Home Country - Zimbabwe
Traded Stocks on Zimbabwe Stock Exchange
Appointed director numerous Companies
Appointed Chairman Radar Holdings Limited (Listed on Zimbabwe Stock Exchange)
Deputy Chairman Border Timbers Limited (Listed on Zimbabwe Stock Exchange)
Chairman Border Timbers Limited
Director Rift Valley Holdings
Chairman Grupo Madal SARL
Married Bibi Morelli
Daughter Celeste Schofield
Managing Director Morelli's Gelato
Director Mutare Board and Doors (appointed by Old Mutual)
Director Turnall Holdings

Director Zimbabwe Investment and Development Agency (Sovereign Investment Board for Zimbabwe)

References:

Grenville Hampshire



# EXHIBIT X

**EXHIBITS IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

District Judge Jacqueline Corley

Dear Judge Jacqueline Corley,

Allow me to introduce myself briefly. I am Olesia Shybka, 37 years old, Ukrainian. Due to the ongoing war in my home country, I currently reside in Lisbon with my family. I am married and have two children, with my youngest son being only 8 months old, I gave birth to him during the war.

Upon hearing Alexey's story, and being a mom of two, just as he is, I found it difficult to believe that such events were unfolding. To me, it is truly unimaginable. I first met Alexey 15 years ago at the beginning of my career. He was the CEO of a Ukrainian Retail company, and I joined as an English language instructor for the top management team.

During my time at the company, I occasionally had the pleasure of meeting Elena Gessen, Alexey's mother, who would join us for dinners at the office. It was evident from these encounters why Alexey possessed such qualities as kindness, compassion, supportiveness, strength, and inspiration for the entire team. The bond between Alexey and his mother is warm and close, and I can only imagine the pain she must be experiencing at this time.

In 2008, when the global financial crisis struck the Ukrainian economy, my livelihood was heavily dependent on my job at Ukrainian Retail. Losing my job meant being unable to pay rent or even buy food. I was in a state of desperation as my position was eliminated from the company's budget, and I found myself unemployed.

It was during this challenging period that Alexey not only showcased his leadership qualities but also exemplified his values. Recognizing the dire circumstances I was facing, he made a remarkable decision. After providing me with a short educational course, he believed in my potential and transferred me to another position within the company. This gesture meant that I had job security, a steady salary, and the ability to meet my financial obligations. I will never forget the kindness and faith he showed me during that time. His unwavering support and belief in my abilities left a lasting impression on me.

Throughout the crisis, Alexey motivated the company to work together as a team, going above and beyond what was expected. We felt his unwavering support and guidance during those challenging times. He provided us with a strong foundation and acted as a pillar of strength for everyone involved.

Furthermore, Alexey fostered an atmosphere of trust, support, growth, transparency, and respect within the company. He encouraged us to never refuse help when a colleague sought it, setting an example by being the first to offer assistance. Over the course of my 15-year career, I have encountered numerous teams and leaders, but none have come close to the excellence demonstrated by Alexey.

In addition to being a kind-hearted individual, Alexey served as an exceptional mentor to many. He introduced me to the book "Atlas Shrugged" by Ayn Rand, which had an enormous impact on my mindset and vision for the future.

From my perspective, Alexey is a noble and compassionate man. The accusations brought against him lack any substantial basis. I have witnessed him navigate through difficult, unpleasant, and challenging situations, yet he has never compromised his core values and beliefs.

I sincerely believe that sharing my story can have a positive impact, and I am filled with gratitude for all the great things that Alexey has brought into my life and the lives of others.

Thank you for your attention to this matter.

Sincerely,

Olesia Shybka

# EXHIBIT Y

**EXHIBITS IN SUPPORT OF
DEFENDANT'S SENTENCING
MEMORANDUM**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

District Judge Jacqueline Corley,

My name is Elena Troshchenko (formerly Elena Stepanova). I was born in 1983 (40 years old) and currently reside in Israel, but until 2019, I lived in Ukraine. Most of my life, I lived in Donetsk (until 2014), where I grew up, received my education, and gained significant work experience. I met Alexey Gessen when I worked at Ukrainian Retail LLC from 2007 to 2009 (a chain of grocery stores called "Brusnichka"). He was the CEO of the company, and under his leadership, the company experienced strong growth and development. I joined the company as an advertising manager shortly after university, but under his guidance, I rose to become the head of the BTL department, for which I am still grateful.

We worked closely together for several years, and Alexey has always been an example of integrity and fairness to me, a person who is always ready to help with actions, advice, a simple word, or an important deed. He is a person of generous spirit, intelligent, honest, with a broad outlook, highly educated, and desiring to change the world for the better - that's how I know him. His unique ability to unite people around him and inspire them to solve any task is still impressive to this day.

Throughout my life, I have changed many employers, but I have never encountered a CEO of such magnitude. He is highly focused on personal and professional development, both for himself and others. He has the ability to see the strengths in individuals and find the keys to their development. I especially want to highlight his respectful attitude towards women. During his leadership, the majority of managerial positions in our company were occupied by women. It is important to note that it's not just about respect but also about expanding rights and opportunities for women, which is extremely rare coming from a male leader. Thanks to his mentorship, myself and many other women were able to grow professionally and develop our skills, for which I am immensely grateful.

One of the main distinguishing features of Alexey's leadership style was his focus on personal growth and positive attitude towards life. He always paid close attention to the needs of his

employees and created conditions for their development. This motivated me and other employees to strive for continuous growth and success. I would also like to highlight his systematic approach while simultaneously allowing each individual the freedom of expression and initiative in any business task. His trust and belief in our abilities helped us achieve excellent results and bring innovation to our work.

One more thing that stands out to me is his environmental awareness and the implementation of ecological principles in all business processes. His leadership was a true source of inspiration and motivation for us.

I want to express my immense gratitude to Alexey for everything he has done for me and the other employees of Ukrainian Retail LLC. I am proud to have had the opportunity to work under his leadership, and I still value the lessons he taught me.


With trust and belief in justice,

Elena Troshchenko

# EXHIBIT Z

**EXHIBITS IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM**

United States District Court
To the Honorable Judge Corley,

My name is Vaughn Boatner, I am Currently in Custody inside of Alameda County Jail. Before my arrest, I was a Single Father, an avid Traveler, an Operational Manager at the College of San Mateo & I owned & operated a private rental car Service, Debonair Luxury Services, LLC. Santa Rita Jail is where I met Allen Gessen. For the past 7 Months Mr. Gessen has been a beacon of light & a Motivational Inspiration to Me & others in his immediate Circumference. I've witnessed Individuals Collect information from Allen & direct the new found knowledge into a hopeful/productive opportunity. A great example of how Mr. Gessen uses his abilities to uplift those near him; I came to Allen one day Struggling with the reality of how my business would fail without me being actively present to run the operations, ultimatly leaving me without the means to support my family upon my release. Allen took time to sit with me & helped Create a plan that I could easily excute once I'm available to... A pivot, a blueprint that I wouldn't develop myself. Honestly, If Circumstances were different & I was in a better financial situation I would offer Mr. Gessen a Consultant role within Debonair to elevate my company's productivity.

I rely on my ability to accurately judge a person's character within moments of me meeting someone; call it a sixth sense but it has saved me a ton of trouble, easy for me to identify friends from foe. Mr. Gessen nestles squarely into the friend category. Hours; days are spent where Allen & I sit and reminince about fatherhood; we share laughs when we recall stories of our children. I can picture the benefit his two children will recieve by absorbing the type of wisdom & encouragement their father will pass onto them. I bet his kids misses him immensly.

Due to our unfortunate predictament we're force to dwell together; although our meeting each other wasn't by choice, I cannot shake the feeling that Mr. Gessen was positioned in my life by fate, almost divine. There's been many moments throughout my existence where I wished I had a mentor for guidance, help me navigate life. I never seen myself as the type of person that who would spend significent time behind bars, ironically enough it took me coming to jail to find the guidance I so longed for. Even though I experience Allen's & I relationship as a mentorship, Allen shows me love the way a brother treats his younger sibling, a bond I'll cherish beyond our release.

I may be naive to believe this letter will appeal your humanity & increase the odds of my friend to recieve a fair sentence during court, If anything I hope this letter gives you an insight to the man you are placing judgement over. Allen ~~tee~~ is much more useful engaging with society instead of sitting in a cell. I thank you for spending time reading my thoughts

— Vyan B.