CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ILHAM A. HOSSEINI (CABN 256274)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (510) 637-3713
    FAX: (415) 436-7234
    ilham.hosseini@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ALLEN GESSEN,<br><br>    Defendant. | Case No. CR-22-276-JSC<br><br>**UNITED STATES' MOTION TO SUPPLEMENT THE DISTRICT COURT RECORD FOR THE PURPOSES OF FACILITATING APPELLATE REVIEW AND [PROPOSED] ORDER**<br><br>Hon. Jacqueline Scott Corley |

The United States asks this Court to approve for inclusion and supplement the record on appeal with three transcripts of audio recordings, which were offered as demonstrative exhibits at trial (Exhibits 6, 8, and 23), pursuant to Federal Rule of Appellate Procedure 10(e).

During the jury trial in this case in May 2023, this Court admitted three lengthy audio recordings of conversations between the undercover agent and Aleksei Kiselev or Defendant Allen Gessen.  Doc. 86 at 170 (Exhibit 11); *id.* at 179–80 (Exhibit 5); *id.* at 273 (Exhibit 7).  The government also offered transcripts of those recordings as demonstrative exhibits to aid the jury.  *See* Doc. 86 at 171 (Exhibit 23, transcribing Exhibit 11); *id.* at 180 (Exhibit 6, transcribing Exhibit 5); *id.* at 273 (Exhibit 8, transcribing Exhibit 7).  It does not appear that the demonstrative exhibits were filed on the docket or made a part of the record for appellate purposes.  After the jury's guilty verdict, Doc. 79, Gessen moved for judgment

of acquittal under Fed. R. Crim. P. 29 and for a new trial under Fed. R. Crim. P. 33.  Doc. 99.  The Court denied both motions in a written order that extensively cited the trial record, including the audio recording transcripts.  *See* Doc. 104 at 4–12, 14–17.  Gessen has now appealed his conviction to the Ninth Circuit on various grounds, including reasserting his claims challenging the sufficiency of evidence supporting the jury's verdict and venue finding.

For aid of appellate review, this Court should approve the three demonstrative exhibits for inclusion in the record on appeal.  The record on appeal normally consists of: (1) the original papers and exhibits filed in the district court; (2) the transcript of proceedings, if any; and (3) a certified copy of the docket entries prepared by the district clerk.  Fed. R. App. P. 10(a).  But if "anything material to either party is omitted from or misstated in the record by error or accident, the omission or misstatement may be corrected and a supplemental record may be certified and forwarded . . . on stipulation of the parties [or] by the district court before or after the record has been forwarded."  Fed. R. App. P. 10(e).

Under Rule 10(e), this Court should approve the transcripts for inclusion to the record on appeal.  The transcripts, which were disclosed to the defense before trial, were provided to the jury during the playing of the audio recordings.  It was an oversight that the exhibits were not made a part of the record on appeal at that time.  The government and Court later extensively cited the transcripts during the post-trial proceedings.  Although the transcripts were only admitted as demonstrative evidence and do not serve as evidence supporting the verdict, they will still greatly assist the Ninth Circuit's review of the voluminous trial record, including the several hours of audio recordings that were admitted as evidence.  The government therefore asks that the district court record be supplemented with the three transcripts so that they may be included in the supplemental excerpts of record, which will be filed contemporaneously with the government's responsive brief.

The U.S. Attorney's Office contacted James Thomson, Gessen's appellate counsel, for the defense position on this motion, and is informed that the defense does not oppose the motion to supplement the record for the purposes of facilitating appellate review.

DATED: January 6, 2026                                      Respectfully submitted,

CRAIG H. MISSAKIAN

MOT. TO SUPP. RECORD                                2
CR-22-276-JSC

United States Attorney

*/s*

_____
ILHAM A. HOSSEINI
Assistant United States Attorney


# [PROPOSED] ORDER

GOOD CAUSE APPEARING, upon motion by the United States, IT IS HEREBY ORDERED that the record shall be supplemented with the following documents: Exhibit 23 (transcript of Mar. 24, 2022, recording, Exhibit 11); Exhibit 6 (transcript of June 2, 2022, recording, Exhibit 5); and Exhibit 8 (transcript of June 22, 2022, recording, Exhibit 7).

IT IS SO ORDERED.


DATED: _____

_____
HON. JACQUELINE SCOTT CORLEY
United States District Judge