UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALLEN GESSEN,<br><br>Defendant. | Case No.  22-cr-00276-JSC-1<br><br>**ORDER RE: DEFENDANT'S MOTION TO SEAL PORTIONS OF THE RECORD**<br><br>Re: Dkt. No. 135 |

On March 9, 2026, Defendant filed a motion styled "emergency motion to seal limited portions of the record concerning non-party minor children."  (Dkt. No. 135.)  Defendant filed and signed the motion in Pro Se (*id.* at 5), although he is represented by counsel.  Accordingly, the Court has referred the motion and the Government's response to Defendant's counsel.

**IT IS SO ORDERED.**

Dated: March 19, 2026

JACQUELINE SCOTT CORLEY
United States District Judge